UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

John Bradley

      Plaintiff,

  v.                                  Civil Action No. 1:13-cv-12927-IT

Timothy J. Cruz et al.

      Defendants.

## Scheduling Order

TALWANI, D.J.

The following deadlines were set at the status conference held on September 23, 2014, in the above-referenced case.

Timetable for Discovery and Motion Practice

1. **Fact Discovery – Interim Deadlines.**

   a. All requests for production of documents, interrogatories, and requests for admission must be served by December 15, 2014.

   b. All depositions, other than expert depositions, must be completed by February 13, 2015.

2. **Fact Discovery – Final Deadline.** All discovery, other than expert discovery, must be completed by February 13, 2015.

3. **Status Conference.** A status conference will be held on February 12, 2015 at 3 p.m.

4. **Expert Discovery.**

   a. Plaintiff(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by March 13, 2015.

   b. Plaintiff(s)' trial experts must be deposed by April 27, 2015.

    **c.** Defendant(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by April 27, 2015.

    **d.** Defendants(s)' trial experts must be deposed by June 11, 2015.

**5. Dispositive Motions.**

    **a.** Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by August 11, 2015.

    **b.** Oppositions to dispositive motions must be filed within thirty (30) days following service.

Procedural Provisions

1. **Extension of Deadlines.** Motions to extend or modify deadlines will be granted only for good cause shown. All motions to extend shall contain a brief statement of the reasons for the request; a summary of the discovery, if any, that remains to be taken; and a specific date when the requesting party expects to complete the additional discovery, join other parties, amend the pleadings, or file a motion.

2. **Motions to Compel or Prevent Discovery.** Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions must be filed no later than seven days after the close of fact discovery or the close of expert discovery, whichever deadline is relevant. If additional discovery is compelled by the court after the relevant deadline has passed, the court may enter such additional orders relating to discovery as may be appropriate.

3. **Status Conferences.** The court has scheduled a status conference after (or close to) the close of fact discovery for case management purposes. Any party who reasonably believes that a status conference will assist in the management or resolution of the case may request one from the court upon reasonable notice to opposing counsel.

4. **Additional Conferences.** Upon request of counsel, or at the court's own initiative, additional case-management or status conferences may be scheduled.

5. **Early Resolution of Issues.** The court recognizes that, in some cases, resolution of one or more preliminary issues may remove a significant impediment to settlement or otherwise expedite resolution of the case. Counsel are encouraged to identify any such issues and to make appropriate motions at an early stage in the litigation.

6. **Pretrial Conference.** Lead trial counsel are required to attend any pretrial conference.

                                                   Indira Talwani  
                                                   United States District Judge

                                        By: /s/Gail A.Marchione  
Date:      11/19/14                           Courtroom Deputy Clerk