UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN BRADLEY | * |
| Plaintiff, | * |
| v. | * Civil Action No. 1:13-cv-12927-IT |
| TIMOTHY J. CRUZ et al., | * |
| Defendants. | * |

ORDER

January 15, 2015

TALWANI, D.J.

Before the court are the parties' (1) <u>Joint Motion Requesting Court Order for Electronic Discovery Plan</u> [#54] and (2) <u>Joint Motion to Approve Proposed Protective Order</u> [#55]. As to (1), the court hereby ALLOWS the parties' motion to approve the parties' proposed electronic discovery plan and their agreement regarding inadvertent production of privileged or otherwise protected documents and information.

As to (2), the parties' <u>Joint Motion to Approve Proposed Protective Order</u> is hereby ALLOWED IN PART and DENIED IN PART. The court approves the proposed protective order, except insofar as the order governs the filing of materials containing confidential designations in any court proceeding. Prior to the filing of any materials containing confidential designations, the parties shall provide each other with notice and an opportunity to file a motion to impound. Where a party files a motion to impound, the court will receive the original filing

only after it determines the protected status of information designated by a party as confidential.

IT IS SO ORDERED.

January 15, 2015					/s/ Indira Talwani
						United States District Judge