Timothy J. Cruz answered these Interrogatories.

## INTERROGATORY NO. 5

*Please describe fully and in complete detail the process by which contributions, and refusals/failures to contribute, are indexed, logged, and tracked for District Attorney Timothy J. Cruz's political campaign. Please identify the name and location of these records as they appear in the regular course of business and the identity of any and all individuals tasked with maintaining the records.*

## ANSWER:

DA Cruz objects to this Interrogatory to the extent that it is unduly burdensome, overbroad, vague and requests information that is easily available in the public domain. DA Cruz objects to the use of the word "maintaining" as vague and unclear. Subject to the preceding specific objections and the foregoing General Objections set forth above, DA Cruz responds to this Interrogatory as follows:

Generally speaking, political contributions are either mailed to my residence or received, ultimately, by me at a fund raising event or elsewhere. Upon receipt, I would make a list of monies received and ultimately these donations would be recorded publicly and timely filed with the Massachusetts Office of Campaign and Political Finance ("OFPC"). Any and all donation information can be accessed on OFPC's publicly available website. If contributions were received prior to a fund raising event, I would make a list of both employees and non-employees and delineate the contributions as to who was going and/or not going for an event head count. To the best of my knowledge, any existing records as pertains to the political campaign contributions are maintained by me at my residence. Subject to and without waiving the above objection related to the word "maintaining," Barbara Faherty provided selective administrative and secretarial support.