UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN BRADLEY | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:13-cv-12927-IT |
| | * | |
| TIMOTHY J. CRUZ et al., | * | **Redacted Copy of Court's Order [#85]** |
| | * | |
| Defendants. | * | |

ORDER

July 22, 2015

TALWANI, D.J.

Before the court are Plaintiff's Motion to Compel Answers to Deposition Questions Propounded to Defendant Timothy Cruz [#75] and Defendants' Cross Motion for Protective Order [#79].  Plaintiff requests an order compelling Defendant Cruz to answer questions regarding

[REDACTED]

Defendants oppose the motion on relevancy grounds, contend that Plaintiff is acting in bad faith, and seek a protective order barring Plaintiff from asking Cruz such questions.  See Defs.' Opp'n Pl.'s Mot. Compel & Cross Mot. Protective Order 1-2, 10 [#79] [hereinafter Defs.' Cross Motion].

[REDACTED]

**[REDACTED]**

      In their cross motion, Defendants claim that Plaintiff is seeking answers to these questions for improper purposes.  <u>See</u> Defs.' Cross Motion 8-10.  This concern is addressed by the limits on the deposition set forth above.  In addition, the court orders that this section of the deposition transcript shall be maintained under seal pending further order of the court.

      Accordingly, Plaintiff's <u>Motion to Compel Answers to Deposition Questions Propounded to Defendant Timothy Cruz</u> [#75] and Defendants' <u>Cross Motion for Protective Order</u> [#79] are hereby ALLOWED IN PART and DENIED IN PART.  Plaintiff may continue the deposition of

Defendant Cruz under seal and in accordance with this order.

      IT IS SO ORDERED.

July 22, 2015                                                    /s/ Indira Talwani
                                                            United States District Judge