UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN BRADLEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:13-cv-12927-IT |
| | * | |
| TIMOTHY J. CRUZ et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

October 15, 2015

TALWANI, D.J.

The court held a status conference in the above-captioned matter on October 14, 2015. As set forth at the status conference, the court hereby orders as follows:

1) Defendants' Motion for Protective Order [#95] seeking an order prohibiting Plaintiff from conducting three depositions on September 30, 2015 is ALLOWED as the prior extension of the discovery deadline was for the limited purpose of taking depositions identified in the Assented-to Motion to Extend the Discovery Deadline to Allow for Mediation and/or Completion of Noticed Depositions [#88]. See Electronic Order [#89].

2) The court construes Plaintiff's partially redacted Opposition to Defendants' Motion for Protective Order and Cross Motion to Be Allowed to Take Deposition of Three Witnesses [#100] as a cross-motion for leave to re-open discovery. The court ALLOWS the motion and re-opens discovery for the limited purpose of permitting Plaintiff to take the depositions of Tom Flanagan, Sharon Donatelle and Christine Kiggen no later than

November 4, 2015. Absent agreement of the parties, all three depositions shall be taken on the same day at a location convenient for the deponents and for counsel for the Defendants.

3) In light of the foregoing, Plaintiff's <u>Assented-to Motion for Leave to File Forthcoming Opposition to Defendants' Motion for Protective Order under Seal</u> [#97] is DENIED as moot.

4) The parties shall submit a joint proposed briefing schedule for Defendants' anticipated motion for summary judgment by October 21, 2015. The briefing schedule shall include time for the parties to meet and confer and if necessary file motion(s) to impound and/or exclude exhibits should any party seek to include material subject to the parties' prior Protective Order or the court's Order of July 22, 2015 in their briefing.

5) The court will set a schedule for expert discovery and a pre-trial conference as necessary after ruling on Defendants' motion for summary judgment.

IT IS SO ORDERED.

<u>/s/ Indira Talwani</u><br>
United States District Judge