# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN BRADLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIMOTHY J. CRUZ (Individually), )<br>MICHAEL HORAN (Individually), )<br>FRANK J. MIDDLETON (Individually), )<br>AND OFFICE OF THE DISTRICT )<br>ATTORNEY FOR PLYMOUTH )<br>COUNTY, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:13-cv-12927 |

## JOINT PROPOSED SCHEDULING ORDER FOR
## SUMMARY JUDGMENT BRIEFING ON ISSUES OF LIABILITY

The parties hereby propose the following timetable for summary judgment briefing on issues of liability:

1. **Summary Judgment Briefing on Issues of Liability:**

    **a.** Moving Party (or Parties) to produce DRAFT Local Rule 56.1 Statement of the Material Facts of Record by January 6, 2016.

    **b.** Responsive Motions to Impound material included in the DRAFT Local Rule 56.1 Statement of the Material Facts of Record by must be filed **UNDER SEAL** by January 20, 2016.

    **c.** Motion for summary judgment on issues of liability must be filed by January 21, 2016 or thirty (30) days after the Court's ruling on Motions to Impound under subsection (c), whichever is sooner.

    **d.** Opposing Party or Parties to produce DRAFT Opposition to Local Rule 56.1

1

      Statement of the Materials Facts within thirty (30) days following service of motion for summary judgment.

  e.  Responsive Motions to Impound material included in the DRAFT Opposition to Local Rule 56.1 Statement of the Material Facts of Record by must be filed **UNDER SEAL** within fourteen (14) days.

  f.  Opposition to motions for summary judgment on issues of liability must be filed thirty (30) days after the Court's ruling on Motions to Impound.

  g.  Replies to oppositions to motions for summary judgment on issues of liability must be filed within fourteen (14) days following service of opposition.

2. Parties respectfully request the opportunity for oral argument on any motions for summary judgment on issues of liability.

3. Parties agree that expert discovery (if any) and summary judgment briefing on damages shall begin (if at all), immediately after the Court's ruling on liability.

                        Respectfully submitted,

                        TIMOTHY J. CRUZ, MICHAEL HORAN, FRANK J. MIDDLETON, and the OFFICE OF THE DISTRICT ATTORNEY FOR PLYMOUTH COUNTY

                        Defendants,

                        By their attorney,

                        MAURA HEALEY
ATTORNEY GENERAL

                        By: */s/ Bret A. Cohen*

        Bret A. Cohen
        Special Assistant Attorney General
        BBO # 637830
        Robert O. Sheridan
        Special Assistant Attorney General
        BBO # 673829
        MINTZ, LEVIN, COHN, FERRIS,
            GLOVSKY AND POPEO, P.C.
        One Financial Center
        Boston, MA 02111
        (617) 542-6000
        bcohen@mintz.com
        rsheridan@mintz.com

        JOHN BRADLEY,

        Plaintiff,

        By His Attorneys,


        */s/ Robert S. Sinsheimer*
        Robert S. Sinsheimer, BBO # 464940
        Wesley B. Stoker, BBO # 692159
        SINSHEIMER & ASSOCIATES
        92 State Street, 9th Floor
        Boston, MA 02109
        Tel: (617) 722-9954
        Fax: (617) 722-9954
        rsinsheimer@sinsheimerlaw.com
        wstoker@sinsheimerlaw.com


Dated: October 21, 2015

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that, on October 21, 2015 counsel for the Parties conferred in good faith to the contents of this schedule.

        By:     */s/ Bret A. Cohen*

Dated: October 21, 2015

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing was filed electronically via the Court's CM/ECF system on October 21, 2015, which thereafter provided notice and service to all parties. Parties may access this pleading through the Court's electronic docketing system.

                By:   */s/ Bret A. Cohen*