UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN BRADLEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:13-cv-12927-IT |
| | * | |
| TIMOTHY J. CRUZ et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

October 26, 2015

TALWANI, D.J.

The parties filed a Joint Proposed Scheduling Order for Summary Judgment Briefing on Issues of Liability [#106]. The court hereby adopts that order in part and sets the following briefing schedule:

1. Any party or parties moving for summary judgment on liability shall provide a draft Local Rule 56.1 Statement in support of the motion to the opposing party no later than January 6, 2016.

2. Any party, including the moving party, seeking to keep sealed based on good cause an exhibit referenced in a moving party's draft Local Rule 56.1 Statement shall file a motion to impound the exhibit no later than January 20, 2016. Any motion to impound shall comply with Local Rule 7.1 and may be filed under seal.

3. If no motion to impound is filed in relation to a motion for summary judgment, that motion shall be filed no later than January 21, 2016. Otherwise, the motion

for summary judgment shall be filed no later than 14 days after the court rules on the last of any motion to impound filed in accordance with paragraph 2.

4. Any party opposing a motion for summary judgment shall provide a draft Local Rule 56.1 statement to the moving party no later than 21 days after service of the motion.

5. Any party, including the party opposing a motion for summary judgment, seeking to keep sealed based on good cause an exhibit referenced in the opposing party's draft Local Rule 56.1 Statement shall file a motion to impound no later than 14 days after service of the draft Local Rule 56.1 Statement. As set forth above, any motion to impound shall comply with Local Rule 7.1 and may be filed under seal.

6. If no motion to impound is filed in relation to an opposition to a motion for summary judgment, the opposition shall be filed no later than 15 days after service of the draft Local Rule 56.1 Statement to the moving party. Otherwise, an opposition to motion for summary judgment shall be filed no later than 14 days after the court rules on the last of any motion to impound filed in accordance with paragraph 5.

7. The moving party or parties may file a reply to an opposition to a motion for summary judgment without leave of the court. Any such reply shall be filed no later than 14 days after service of the opposition.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge