UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN BRADLEY, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:13-cv-12927-IT |
| TIMOTHY J. CRUZ et al., | * | |
| Defendants. | * | |

ORDER

January 22, 2016

TALWANI, D.J.

Before the court is Defendants' Motion to Impound Forthcoming Exhibits to Defendants' Motion for Summary Judgment [#110]. The motion seeks to impound 27 pages of deposition transcripts and a memorandum of understanding. Defendants shall no later than January 28, 2016 advise the court why redacting individual names from the deposition transcript and memorandum of understanding is not sufficient, and why good cause exists for the court to impound the entire transcript excerpt and memorandum of understanding. Plaintiff shall file any response to Defendants' motion to impound no later than February 1, 2016. Defendants' response to this order and Plaintiff's response to Defendants' motion may be filed under seal.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge