UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN BRADLEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:13-cv-12927-IT |
| | * | |
| TIMOTHY J. CRUZ et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

January 29, 2016

TALWANI, D.J.

On January 20, 2016, Defendants filed a Motion to Impound Forthcoming Exhibits to Defendants' Motion for Summary Judgment [#110] requesting to file under seal several pages of deposition transcript and a memorandum of understanding. On January 22, 2016, the court issued an Order [#111] directing Defendants to identify whether good cause exists to seal the proposed exhibits in their entirety or whether redacting individual names would be sufficient. On January 28, 2016, Defendants responded to the court's order by "agreeing to make redactions in these exhibits consistent with the Court's instruction" and to "file the redacted exhibits through the normal ECF process upon submission of Defendants' Motion for Summary Judgment." In light of this response, the court understands that Defendants intend to file only a redacted copy of the foregoing exhibits on the public docket and that Defendants do not intend to file an accompanying un-redacted version under seal for the court's review. Accordingly, the court denies as moot the Motion to Impound Forthcoming Exhibits to Defendants' Motion for

Summary Judgment [#110].  In accordance with this court's Order [#107] of October 26, 2015, Defendants may file their motion for summary judgment no later than 14 days from the date of this order.

    IT IS SO ORDERED.

Date: January 29, 2016                                        /s/ Indira Talwani
                                                                          United States District Judge