Exhibit 1

# John E. Bradley Jr.



c:

## EDUCATION

**GEORGETOWN UNIVERSITY LAW CENTER**                                  Washington DC
Juris Doctor, 1991

**BOSTON COLLEGE**                                                    Chestnut Hill, MA
Bachelor of Arts in Political Science, 1988

## WORK EXPERIENCE

**PLYMOUTH COUNTY DISTRICT ATTORNEY'S OFFICE**                        Brockton, MA
*Deputy First Assistant District Attorney (April 2003- September 2012)*
- Screened all cases for indictment between 2003-2006
- Supervised entire staff of district court prosecutors, on average 25 attorneys
- Prosecuted approximately 30 homicide trials as the lead attorney
- Handled close to 100% of own cases on appeal, including brief writing and oral argument
- Developed a niche in investigating and prosecuting "cold" homicide cases
- Lead staff trainings on various topics relating to criminal law and procedure, as well as trial practice
- Uncovered a disturbing practice by some judges of routinely acquitting defendants charged with OUI in jury-waived proceedings and substantially contributed to the Boston Globe Spotlight series on this issue in the fall of 2011
- Mentored newly appointed Superior Court ADAs

**UNITED STATES ATTORNEY'S OFFICE, MAJOR CRIMES UNIT**               Boston, MA
*Assistant United States Attorney (October 2001- April 2003)*
- Prosecuted federal felonies including arson, armed car robbery, bank robbery, felon in possession of firearm, and assorted immigration crimes

**PLYMOUTH COUNTY DISTRICT ATTORNEY'S OFFICE**                        Brockton, MA
*Superior Court ADA (January 1995- October 2001)*
- Prosecuted wide range of cases, including homicide, motor vehicle homicide, arson, child sexual abuse, gun trafficking, drug trafficking, and other felonies
- Handled about 80% of own cases on appeal, including significant SJC decisions such as Commonwealth v. Santana 420 Mass 205 (1995) (Subjective motivation of police officer irrelevant in search/seizure); Commonwealth v. Motta 424 Mass 117 (1997) (SJC formally espouses automobile exception to warrant requirement); Commonwealth v. Gonsalves 429 Mass 658 (1999) (SJC refuses to adopt United States Superior Court reasoning in Pennsylvania v. Mimms and Maryland v. Wilson)

*District Court ADA (October 1991-December 1994)*
- Assigned to all four district courts in Plymouth County at one time
- Amassed hundreds of trials, both jury and jury waived, during the de-novo era
- Started handling appellate work and argued before the SJC and the Appeals Court



## TEACHING EXPERIENCE

**GUEST LECTURER**                                              Massachusetts
- Guest lecturer on matters related to criminal law and procedure, and trial and appellate
  practice at the following educational institutions:
  Boston University Law School, Suffolk University Law School, University of
  New Hampshire, Stonehill College, and University of Massachusetts Amherst

**MASSACHUSETTS CONTINUING LEGAL EDUCATION FACULTY MEMBER/LECTURER**     Boston, MA
- Taught criminal procedure to junior attorneys, specializing in the topic of search and
  seizure

**EDMONDS AND HEIR, FACULTY MEMBER**                           Massachusetts
- Taught criminal procedure to police officers statewide taking promotional exams

## REFERENCES

**Honorable John M. Greaney**
Supreme Judicial Court Justice (Retired), telephone # (617) 573-8556, jgreaney@suffolk.edu

**Michael J. Sullivan**
Former U.S. Attorney, District of Massachusetts, telephone # (617) 275-8801

Additional References Available Upon Request