# Exhibit 10

From: Bradley, John (PLY)
Sent: Tuesday, January 04, 2011 5:37 PM
To: OSullivan, Karen (PLY)
Subject: Re:

That was our wimp of a da trying to provide some cover for our crazy 1st asst; btw fm told tim that ck approched him about you folks meeting with tim because she was concerned for him (fm),and that Dawley and I helped orchestrate it...

From: OSullivan, Karen (PLY)
Sent: Tuesday, January 04, 2011 05:12 PM
To: Bradley, John (PLY)
Subject:

WTF was that?

3


EXHIBIT
23 BRADLEY
7/27/15 60s,