# Exhibit 11

**Salvatore, Kendra (PLY)**

**From:** Cruz, Timothy (PLY)
**Sent:** Tuesday, October 16, 2012 10:21 AM
**To:** Salvatore, Kendra (PLY)
**Subject:** FW: OUI/JWT's

---

**From:** Bradley, John E. (PLY)
**Sent:** Thursday, November 17, 2011 12:39 PM
**To:** Cruz, Timothy (PLY)
**Subject:** RE: OUI/JWT's

I am not your child. I have done a lot of important work in this office both before and after you became DA. You can start showing a little more respect in the future.

---

**From:** Cruz, Timothy (PLY)
**Sent:** Thursday, November 17, 2011 11:38 AM
**To:** Bradley, John E. (PLY)
**Subject:** Re: OUI/JWT's

I am deciding what I will do with this when I get back. No more contact with globe until I say so.

---

**From:** Bradley, John E. (PLY)
**Sent:** Thursday, November 17, 2011 11:32 AM
**To:** Cruz, Timothy (PLY)
**Cc:** Horan, Michael (PLY); Salvatore, Kendra (PLY)
**Subject:** OUI/JWT's

Got a call from the Globe asking what we are going to do, moving forward, on the jury waived/oui issue. I mentioned that we were considering asking for declinations on all oui jury waivers in cases involving Barrett, Mooney, Gilligan and Minehan. If you agree to this, they will run a front page story. Personally, I feel we are remiss if we don't do this, press coverage notwithstanding.

PLYDA_0000036