# Exhibit 14

# Commonwealth of Massachusetts
## SUPERIOR COURT
## Case Summary
## Criminal Docket

## Commonwealth v Caswell, Darren

Details for Docket: PLCR2009-00421

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | PLCR2009-00421 | **Caption:** | Commonwealth v Caswell, Darren |
| **Entry Date:** | 10/02/2009 | **Case Status:** | Criminal 3 - CtRm 3 (Brockton) |
| **Status Date:** | 09/26/2014 | **Session:** | Disposed (appeal denied) |
| **Lead Case:** | NA | **Deadline Status:** | Active since |
| **Trial Deadline:** | 10/05/2009 | **Jury Trial:** | NO |

## Parties Involved

2 Parties Involved in Docket: PLCR2009-00421

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Caswell | **First Name:** | Darren |
| **Address:** | 86 Plain Street | **Address:** | |
| **City:** | Middleboro | **State:** | MA |
| **Zip Code:** | 02344 | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Commonwealth | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

3 Attorneys Involved for Docket: PLCR2009-00421

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | PLYM01 |

| **Last Name:** | Bradley Jr | **First Name:** | John E |
|---|---|---|---|
| **Address:** | 32 Belmont Street | **Address:** | PO Box 1665 |
| **City:** | Brockton | **State:** | MA |
| **Zip Code:** | 02303 | **Zip Ext:** | |
| **Telephone:** | 508-584-8120 | **Tel Ext:** | |
| **Fascimile:** | 508-586-3578 | **Representing:** | Commonwealth, (Plaintiff) |

| **Attorney Involved:** | | **Firm Name:** | |
|---|---|---|---|
| **Last Name:** | Reddington | **First Name:** | Kevin J |
| **Address:** | 1342 Belmont Street | **Address:** | Suite 203 |
| **City:** | Brockton | **State:** | MA |
| **Zip Code:** | 02301 | **Zip Ext:** | |
| **Telephone:** | 508-583-4280 | **Tel Ext:** | |
| **Fascimile:** | 508-588-2174 | **Representing:** | Caswell, Darren (Defendant) |

| **Attorney Involved:** | | **Firm Name:** | |
|---|---|---|---|
| **Last Name:** | Thomas | **First Name:** | Cynthia Vincent |
| **Address:** | 442 County Street | **Address:** | |
| **City:** | New Bedford | **State:** | MA |
| **Zip Code:** | 02740 | **Zip Ext:** | |
| **Telephone:** | 508-993-7197 | **Tel Ext:** | |
| **Fascimile:** | 508-994-1520 | **Representing:** | Caswell, Darren (Defendant) |

## Calendar Events

45 Calendar Events for Docket: PLCR2009-00421

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|
| 1 | 10/05/2009 | 09:00 | Arraignment | 1 | Event held as scheduled |
| 2 | 10/21/2009 | 09:00 | Conference: Pre-Trial | 1 | Event held as scheduled |
| 3 | 12/22/2009 | 09:00 | Hearing: Motion | 1 | Event not held--req of Commonwealth |
| 4 | 01/13/2010 | 09:00 | Hearing: Motion | 1 | Event continues over multiple days |
| 5 | 01/14/2010 | 09:00 | Hearing: Motion | 1 | Event held as scheduled |
| 6 | 02/18/2010 | 09:00 | Hearing: Motion | 1 | Event held as scheduled |
| 7 | 03/29/2010 | 09:00 | Hearing: Motion | 1 | Event not held--req of Defendant |
| 8 | 04/05/2010 | 09:00 | Hearing: Pre-Trial | 1 | Event held as scheduled |
| 9 | 04/20/2010 | 09:00 | Hearing: Motion | 1 | Event held as scheduled |
| 10 | 06/03/2010 | 09:00 | Hearing: Misc Matters | 1 | Event held as scheduled |
| 11 | 08/20/2010 | 09:00 | Hearing: Motion | 1 | Event held as scheduled |

| 12 | 08/26/2010 | 09:00 | Hearing: Bail | 1 | Event held as scheduled |
|---|---|---|---|---|---|
| 13 | 10/14/2010 | 09:00 | Status: Review by Session | 1 | Event held as scheduled |
| 14 | 10/25/2010 | 09:00 | Hearing: Motion | 1 | Event held as scheduled |
| 15 | 12/08/2010 | 09:00 | Hearing: Motion to Continue | 1 | Event held as scheduled |
| 16 | 12/21/2010 | 09:00 | Hearing: Motion | 1 | Event not held--joint request |
| 17 | 01/05/2011 | 09:00 | Hearing: Motion | 2 | Event moved to another session |
| 18 | 01/05/2011 | 09:00 | Hearing: Motion | 1 | Event held as scheduled |
| 19 | 01/31/2011 | 09:00 | Status: Review by Session | 1 | Event held as scheduled |
| 20 | 03/04/2011 | 09:00 | Conference: Final Pre-Trial | 2 | Event rescheduled by court order |
| 21 | 03/28/2011 | 09:00 | TRIAL: by jury | 2 | Event rescheduled by court order |
| 22 | 05/18/2011 | 09:00 | Conference: Final Pre-Trial | 2 | Event not held--joint request |
| 23 | 05/25/2011 | 09:00 | TRIAL: by jury | 2 | Event not held--joint request |
| 24 | 09/07/2011 | 09:00 | Conference: Final Pre-Trial | 2 | Event rescheduled by court prior to date |
| 25 | 09/26/2011 | 09:00 | TRIAL: by jury | 2 | Event canceled not re-scheduled |
| 26 | 10/03/2011 | 09:00 | Hearing: Motion to Continue | 3 | Event held as scheduled |
| 27 | 10/12/2011 | 09:00 | Conference: Final Pre-Trial | 3 | Event rescheduled by court prior to date |
| 28 | 10/25/2011 | 09:00 | TRIAL: by jury | 3 | Event rescheduled by court prior to date |
| 29 | 10/31/2011 | 14:00 | Hearing: Motion to Continue | 3 | Event held as scheduled |
| 30 | 11/07/2011 | 09:00 | Conference: Final Pre-Trial | 3 | Event not held--req of Defendant |
| 31 | 11/14/2011 | 09:00 | TRIAL: by jury | 3 | Event not held--req of Defendant |
| 32 | 12/01/2011 | 09:00 | Conference: Final Pre-Trial | 3 | Event rescheduled by court prior to date |
| 33 | 12/05/2011 | 09:00 | TRIAL: by jury | 3 | Event held as scheduled |
| 34 | 12/07/2011 | 09:00 | TRIAL: by jury | 3 | Trial begins |
| 35 | 12/08/2011 | 09:00 | TRIAL: by jury | 3 | Event continues over multiple days |
| 36 | 12/09/2011 | 09:00 | TRIAL: by jury | 3 | Event continues over multiple days |
| 37 | 12/12/2011 | 09:00 | TRIAL: by jury | 3 | Event continues over multiple days |
| 38 | 12/13/2011 | 09:00 | TRIAL: by jury | 3 | Event continues over multiple days |
| 39 | 12/14/2011 | 09:00 | TRIAL: by jury | 3 | Event continues over multiple days |
| 40 | 12/15/2011 | 09:00 | TRIAL: by jury | 3 | Event continues over multiple days |
| 41 | 12/16/2011 | 09:00 | TRIAL: by jury | 3 | Event continues over multiple days |
| 42 | 12/19/2011 | 09:00 | TRIAL: by jury | 3 | Event continues over multiple days |
| 43 | 12/20/2011 | 09:00 | TRIAL: by jury | 3 | Event continues over multiple days |
| 44 | 12/21/2011 | 09:00 | TRIAL: by jury | 3 | Trial ends |
| 45 | 12/22/2011 | 09:00 | TRIAL: by jury | 3 | Event canceled not re-scheduled |

## Full Docket Entries

307 Docket Entries for Docket: PLCR2009-00421

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 10/02/2009 | 1 | Indictment returned |
| 10/02/2009 | 2 | MOTION by Commonwealth: for warrant on indictment, filed and allowed |
| 10/02/2009 | 2 | (Walker,J.) |
| 10/02/2009 | 3 | Warrant issued on indictment |
| 10/02/2009 | 4 | Order of notice of finding of murder indictment |
| 10/02/2009 | 5 | Notice & copy of indictment sent to Chief Justice & Atty General |
| 10/05/2009 | | Deft arraigned before Court |
| 10/05/2009 | 6 | SERVICE RETURNED: on order of notice to prisoner |
| 10/05/2009 | 7 | Appearance of Deft's Atty: Kevin J Reddington |
| 10/05/2009 | 8 | warrant recalled |
| 10/05/2009 | | RE Offense 1:Plea of not guilty |
| 10/05/2009 | | Defendant ordered held without bail; The Court has no objection to |
| 10/05/2009 | | defendant being held at a jail other than Plymouth (Connors,J) |
| 10/05/2009 | | Assigned to track "C" see scheduling order |
| 10/05/2009 | | Tracking deadlines Active since return date |
| 10/05/2009 | 9 | Case Tracking scheduling order (Thomas A. Connors, Justice) mailed |
| 10/05/2009 | 9 | 10/5/2009 |
| 10/05/2009 | 10 | Special mittimus on indictment issued |
| 10/05/2009 | | Case continued to October 21, 2009 for pre-trial conference |
| 10/05/2009 | | (Connors,J) |
| 10/05/2009 | | Case continued to April 5, 2010 for pre-trial hearing (Connors,J) R. |
| 10/05/2009 | | Griffin, court reporter |
| 10/07/2009 | 11 | Appearance of Commonwealth's Atty: John E Bradley Jr |
| 10/13/2009 | 12 | MOTION by Deft: for disclosure of identification procedure |
| 10/13/2009 | 13 | MOTION by Deft: for disclosure of scientific tests and records of |
| 10/13/2009 | 13 | examination |
| 10/13/2009 | 14 | MOTION by Deft: for exculpatory evidence |
| 10/13/2009 | 15 | MOTION by Deft: for disclosure of bad acts |
| 10/13/2009 | 16 | MOTION by Deft: for bill of particulars |
| 10/13/2009 | 17 | MOTION by Deft: for list of witnesses |
| 10/13/2009 | 18 | MOTION by Deft: for witnesses statements |
| 10/13/2009 | 19 | MOTION by Deft: for copies of statements of defendant |
| 10/13/2009 | 20 | MOTION by Deft: to inspect physical evidence |
| 10/13/2009 | 21 | MOTION by Deft: for copies of photographs/videotapes |
| 10/13/2009 | 22 | MOTION by Deft: for police reports, logs and memoranda |
| 10/13/2009 | 23 | MOTION by Deft: for production of tape recordings |
| 10/13/2009 | 24 | MOTION by Deft: for disclosure of promises and inducements |
| 10/13/2009 | 25 | MOTION by Deft: for defendant's conduct (Implied admission) |
| 10/13/2009 | 26 | MOTION by Deft: to be furnished with criminal records and probation |
| 10/13/2009 | 26 | records of witnesses |
| 10/13/2009 | 27 | MOTION by Deft: for medical records and reports |
| 10/13/2009 | 28 | MOTION by Deft: for discovery of laboratory tests and results |

| | | |
|---|---|---|
| 10/21/2009 | | Case continued by agreement to December 22, 2009 for motion (bring in |
| 10/21/2009 | | deft.) (Connors, J.) R. Griffin, court reporter |
| 10/21/2009 | 29 | Pre-trial conference report filed |
| 10/21/2009 | 30 | Mittimus returned with service |
| 12/22/2009 | | Case continued at request of Commonwealth to January 13, 2010 for |
| 12/22/2009 | | motion (do not bring in deft. per Atty. Reddington) (Connors, J.) R. |
| 12/22/2009 | | Griffin, court reporter |
| 01/13/2010 | | Case continued to January 14, 2010 for further hearing (Ball,J) R. |
| 01/13/2010 | | Griffin, court reporter |
| 01/14/2010 | | Case continued to February 18, 2010 by agreement for motions. (Ball, |
| 01/14/2010 | | J.) R. Griffin, court reporter |
| 02/18/2010 | | Case continued to March 29, 2010 by agreement for motions (Locke,J.) |
| 02/18/2010 | | R. Griffin, court reporter |
| 03/24/2010 | 31 | MOTION by Deft: to continue hearing from 3/29/10 to 4/20/10 |
| 03/29/2010 | | MOTION#31 Deft's motion to continue; Allowed ([Hely,J.]). Copies |
| 03/29/2010 | | mailed March 31,2010 |
| 03/29/2010 | | Case continued to April 20,2010 at the request of the defendant for |
| 03/29/2010 | | hearing re: motion(Hely,J.) R.Griffin court reporter |
| 04/05/2010 | | Case continued to April 20, 2010 by agreement for motions and |
| 04/05/2010 | | pre-trial hearing. (Locke, J.) J. Russo, court reporter |
| 04/20/2010 | | Case continued to June 3,2010 by agreement for filing substantive |
| 04/20/2010 | | motions (Locke,J) R. Griffin, court reporter |
| 04/20/2010 | | MOTION (P#12 for disclosure of identification procedure) allowed by |
| 04/20/2010 | | agreement (Jeffrey A. Locke, Justice). |
| 04/20/2010 | | MOTION (P#13 for disclosure of scientific tests and records of |
| 04/20/2010 | | examination) allowed by agreement (Jeffrey A. Locke, Justice). |
| 04/20/2010 | | MOTION (P#14 for exculpatory evidence) allowed by agreement (Jeffrey |
| 04/20/2010 | | A. Locke, Justice). |
| 04/20/2010 | | MOTION (P#15 for disclosure of bad acts) allowed by agreement |
| 04/20/2010 | | (Jeffrey A. Locke, Justice). |
| 04/20/2010 | | MOTION (P#16 for bill of particulars) allowed by agreement (Jeffrey |
| 04/20/2010 | | A. Locke, Justice). |
| 04/20/2010 | | MOTION (P#17 for list of witnesses) allowed by agreement (Jeffrey A. |
| 04/20/2010 | | Locke, Justice). |
| 04/20/2010 | | MOTION (P#18 for witnesses statements) allowed by agreement (Jeffrey |
| 04/20/2010 | | A. Locke, Justice). |
| 04/20/2010 | | MOTION (P#19 for copies of statements of defendant) allowed by |
| 04/20/2010 | | agreement (Jeffrey A. Locke, Justice). |
| 04/20/2010 | | MOTION (P#20 to inspect physical evidence ) allowed by agreement |
| 04/20/2010 | | (Jeffrey A. Locke, Justice). |
| 04/20/2010 | | MOTION (P#21 for copies of photographs/video tapes ) allowed by |
| 04/20/2010 | | agreement (Jeffrey A. Locke, Justice). |
| 04/20/2010 | | MOTION (P#22 for police reports, logs and memoranda ) allowed by |
| 04/20/2010 | | agreement (Jeffrey A. Locke, Justice). |

| | | |
|---|---|---|
| 04/20/2010 | | MOTION (P#23 for production of tape recordings) allowed by agreement |
| 04/20/2010 | | (Jeffrey A. Locke, Justice). |
| 04/20/2010 | | MOTION (P#24 for disclosure of promises and inducements) allowed by |
| 04/20/2010 | | agreement (Jeffrey A. Locke, Justice). |
| 04/20/2010 | | MOTION (P#25 for defendants conduct Implied admission ) allowed by |
| 04/20/2010 | | agreement (Jeffrey A. Locke, Justice). |
| 04/20/2010 | | MOTION (P#26 to be furnished with riminal records and probation |
| 04/20/2010 | | records of witnesses) allowed by agreement (Jeffrey A. Locke, |
| 04/20/2010 | | Justice). |
| 04/20/2010 | | MOTION (P#27 for medical records and reports) allowed by agreement |
| 04/20/2010 | | (Jeffrey A. Locke, Justice). |
| 04/20/2010 | | MOTION (P#28 for discovery of laboratory tests and results) allowed |
| 04/20/2010 | | by agreement (Jeffrey A. Locke, Justice). |
| 06/03/2010 | | Case continued by agreement to August 20, 2010 for motion to dismiss |
| 06/03/2010 | | (motions to be filed by 7/9/10) (Locke, J.) R. Griffin, court reporter |
| 08/16/2010 | 32 | MOTION by Deft: for bail |
| 08/16/2010 | 33 | MOTION by Deft: to dismiss |
| 08/20/2010 | | Case continued to August 26, 2010 for hearing on bail (Cosgrove,J.) |
| 08/20/2010 | | R. Griffin, court reporter |
| 08/20/2010 | | Case continued to October 25, 2010 for motion hearing (dismiss) by |
| 08/20/2010 | | agreement(Cosgrove, J.) R. Griffin, court reporter |
| 08/26/2010 | | MOTION#32 Deft's motion for bail; Allowed $1million cash, 100 million |
| 08/26/2010 | | with surety see bail form ([Walker,J.]). Copies mailed August 27,2010 |
| 08/26/2010 | 34 | MEMORANDUM & ORDER: on bail or release ([Walker,J) |
| 08/26/2010 | | Defendant ordered to recognize in the sum of $10,000,000.00 with |
| 08/26/2010 | | surety or $1,000,000.00 cash |
| 08/26/2010 | | Bail warning read |
| 08/26/2010 | | Pre-trial probation conditions: 1. Not to consume drugs or alcohol |
| 08/26/2010 | | and submit to random testing as ordered by probation 2.Wear a GPS |
| 08/26/2010 | | Monitor 3. Home confinement except for legal and medical appointments |
| 08/26/2010 | | 4.Report to Probation Department in person twice a week 5. Stay away |
| 08/26/2010 | | from and no contact directly or indirectly with witnesses and victims |
| 08/26/2010 | | family (Walker,J.) |
| 08/26/2010 | 35 | Special mittimus on indictment issued |
| 08/26/2010 | | Case continued to October 14, 2010 for status (Walker,J.) N.Gagnon |
| 08/26/2010 | | court reporter |
| 09/14/2010 | | Mittimus returned with service |
| 10/13/2010 | 35 | Commonwealth files memorandum in opposition to defendants motion to |
| 10/13/2010 | 35 | dismiss |
| 10/14/2010 | | Case continued to December 21, 2010 for motion to suppress in 1st |
| 10/14/2010 | | session (Roach,J.) R. Griffin, court reporter |
| 10/14/2010 | 36 | Notice of trial assignment to 2nd session |
| 10/14/2010 | | Case continued to March 4, 2011 for final pre trial conference |
| 10/14/2010 | | (Roach,J.) R. Griffin, court reporter |

| Date | No. | Entry |
|------|-----|-------|
| 10/14/2010 | | Case continued to March 28, 2011 for trial (Roach,J.) R. Griffin, |
| 10/14/2010 | | court reporter |
| 10/25/2010 | | Case continued to December 21,2010 by agreement for motion to |
| 10/25/2010 | | suppress (Roach,J) R. Griffin, court reporter |
| 11/24/2010 | 37 | MOTION by Deft: to compel production of police reports |
| 11/30/2010 | 38 | Commonwealth's assented to motion to continue |
| 12/08/2010 | | MOTION (P#38) to continue, allowed Roach, Justice). |
| 12/08/2010 | | Case continued to January 5, 2011 by agreement for motion to suppress |
| 12/08/2010 | | (Roach,J.) R. Griffin, court reporter |
| 01/06/2011 | | MOTION (P#33) to dismiss, denied (see pleading) (Locke, Justice). |
| 01/06/2011 | | Copies mailed |
| 01/06/2011 | | Case continued to January 31, 2011 for status (Locke,J.) R. Griffin, |
| 01/06/2011 | | court reporter |
| 01/31/2011 | 39 | Notice of trial assignment for 2nd session |
| 01/31/2011 | | Case assigned to 2nd session for final pre trial May 18, 2011 |
| 01/31/2011 | | (Chin,J.) R. Griffin, court reporter |
| 01/31/2011 | | Case continued to May 25, 2011 for trial (Chin,J.) R. Griffin, court |
| 01/31/2011 | | reporter |
| 04/07/2011 | 40 | MOTION by Deft: to continue (assented) |
| 04/11/2011 | | MOTION#40 Deft's assented to motion to continue; Motion Allowed |
| 04/11/2011 | | ([Chin,J.)]). Copies mailed April 12, 2011 |
| 04/12/2011 | 41 | Notice sent to counsel about final pre-trial conference scheduled for |
| 04/12/2011 | 41 | September 7,2011 second criminal session |
| 04/12/2011 | 42 | Notice sent to counsel about trial scheduled for September 26,2011 |
| 04/12/2011 | 42 | second criminal session |
| 06/14/2011 | 43 | MOTION by Deft: to continue filed |
| 06/16/2011 | 44 | Notice sent to appear for Final Pre Trial Conference on 10/12/2011 |
| 09/12/2011 | 45 | MOTION by Deft: to continue trial |
| 09/14/2011 | 46 | Notice to ADA and counsel of hearing on motion to continue scheduled |
| 09/14/2011 | 46 | for 10/3/11 |
| 10/03/2011 | | Defendant brought into court |
| 10/03/2011 | | Deft's motion to continue allowed as follows: trial date continued to |
| 10/03/2011 | | Nov. 14, 2011 at 9 AM (Tory,J.) N. Gagnon, court reporter |
| 10/03/2011 | | After hearing, Case cont'd. to 11/14/11 9 AM for trial by agreement |
| 10/03/2011 | | of counsel (Troy,J.) N. Gagnon, court reporter |
| 10/03/2011 | 47 | Notice to ADA and defense counsel of trial set for 11/14/11 |
| 10/05/2011 | 48 | MOTION by Deft: to continue |
| 10/06/2011 | 49 | Notice sent to appear for Final Pre Trial Conference on 11/7/2011 |
| 10/27/2011 | 50 | Assented MOTION by Deft. to continue |
| 10/31/2011 | | MOTION (P#50) to continue trial allowed after hearing. Trial Cont'd. |
| 10/31/2011 | | to 12/5/11 (Paul E. Troy, Justice). N. Gagnon, court reporter |
| 10/31/2011 | | Case cont'd. to 12/5/11 for trial by agreement of counsel (Troy,J.) |
| 10/31/2011 | | N. Gagnon, court reporter |
| 10/31/2011 | 51 | Notice to ADA and counsel of final pre trial 12/1/11 and trial 12/5/11 |

| | | |
|---|---|---|
| 12/01/2011 | 51 | MOTION by Commonwealth: in limine to exclude testimony regarding Joey |
| 12/01/2011 | 51 | Redro |
| 12/02/2011 | 52 | Defendants motion for individual voire dire |
| 12/02/2011 | 53 | Defendants motion in limine #1 |
| 12/02/2011 | 54 | Defendants motion for prospective juror information |
| 12/02/2011 | 55 | Defendants motion for sequestration of witnesses |
| 12/02/2011 | 56 | Defense files request for pre trial instruction to the jury |
| 12/02/2011 | 57 | Defendants motion for permission to sit at counsel table for other |
| 12/02/2011 | 57 | appropriate relief |
| 12/02/2011 | 57 | Defendants Request for jury questions |
| 12/05/2011 | 57 | Statement of case to be read to the jury |
| 12/05/2011 | 57 | Deft files list of witnesses |
| 12/05/2011 | 57 | Commonwealth files list of potential witnesses |
| 12/06/2011 | 58 | Defendants response to governments motion in limine |
| 12/07/2011 | | Defendant brought into court |
| 12/07/2011 | | Hearing before Troy J |
| 12/07/2011 | 59 | MOTION by Commonwealth: in limine regarding statements made by |
| 12/07/2011 | 59 | Russell Freitas filed |
| 12/07/2011 | | Commonwealth moves for trial |
| 12/07/2011 | | The court orders a jury of 14 members impanelled (Troy,J) |
| 12/07/2011 | | The court conducts an individual voir dire of prespective jurors |
| 12/07/2011 | | (Troy,J) |
| 12/07/2011 | | Impanellment continued one day (Troy,J) C. Johnson, court reporter |
| 12/08/2011 | | Defendant brought into court for on this date. |
| 12/08/2011 | 59 | Jury of 14 members impanelled |
| 12/08/2011 | | Jury sworn, issue read |
| 12/08/2011 | | Hearing before Troy,J on a jurors issue; The court excuses juror Rose |
| 12/08/2011 | | Cammuso from futher service (Troy,J) |
| 12/09/2011 | | Defendant brought into court |
| 12/09/2011 | | After hearing re 5th amendment issue the court orders no 5th issue |
| 12/09/2011 | | (Troy,J) |
| 12/09/2011 | | MOTION (P#59 in limine regarding statements made by Russell Freitas) |
| 12/09/2011 | | allowed The court finds for the reasons stated by the court their |
| 12/09/2011 | | date on the record that the statment at which subject to a later |
| 12/09/2011 | | motion to strike by defendant if he deems it is warranted see |
| 12/09/2011 | | commonwealth V Cruy 408 Mass 533, 543 (Paul E. Troy, Justice). |
| 12/09/2011 | | Trial continues before Troy J , all counsel , defendant and 13 jurors |
| 12/09/2011 | | present (Troy,J) C. Johnson, court reporter |
| 12/12/2011 | | Defendant brought into court |
| 12/12/2011 | 60 | Habeas corpus for witness Joseph Pedro @ MCI Norfolk to appear |
| 12/12/2011 | 60 | December 13,2011 @ Brockton |
| 12/12/2011 | | Trial continues before Troy,J and jury of 13 members |
| 12/12/2011 | | Commonwealth rests |
| 12/12/2011 | | Defendant's oral motion for required finding of not guilty at close |

| 12/12/2011 |  | of commonwealths case; after hearing DENIED(written mo. to be filed) |
| 12/12/2011 |  | (Troy,J) N. Gagnon, court reporter |
| 12/13/2011 |  | Defendant brought into court |
| 12/13/2011 |  | Trial continues before Troy,J and jury |
| 12/13/2011 |  | The court holds a voir dire of witness Joseph Pedro, witness Joseph |
| 12/13/2011 |  | Pedro pleads 5th amendment issue (Troy,J) |
| 12/13/2011 | 61 | Notice of Appointment of Counsel RE witness Joseph Pedro |
| 12/13/2011 | 62 | Appearance of Joshua Wood for Witness Joseph Pedro |
| 12/13/2011 |  | After hearing the court finds Mr Pedro has a 5th amendment issue |
| 12/13/2011 |  | (Troy,J) |
| 12/13/2011 |  | The court holds a voir dire of witness Meaghan Ahl (Troy,J) |
| 12/13/2011 |  | Commonwealth's request for capeas to issue for witness Joseph Bump |
| 12/13/2011 |  | ALLOWED (Troy,J) |
| 12/13/2011 |  | Capias to issue for Joseph Bump and Shauna Jones, capias to be held |
| 12/13/2011 |  | as to Shauna Jones Only (Troy,J) |
| 12/13/2011 | 63 | Capias issued re Joseph Bump |
| 12/13/2011 |  | The court recognizes witness Meaghan Ahl for her appearance before |
| 12/13/2011 |  | the court on December 14,2011 @ 9:30AM (Troy,J) N. Gagnon, court |
| 12/13/2011 |  | reporter |
| 12/13/2011 | 64 | Deft files request for charge to the jury |
| 12/13/2011 | 65 | Commonwealth files requested jury instructions |
| 12/13/2011 | 66 | Written MOTION by Deft: for required finding of not guilty filed and |
| 12/13/2011 | 66 | denied on 12/12/11 (Troy,J) |
| 12/14/2011 |  | Defendant brought into court for on this date. |
| 12/14/2011 |  | Trial continues before Troy,J and jury of 13 members |
| 12/14/2011 | 67 | Habeas corpus for witness Joseph Pedro @ MCI Norfolk to appear |
| 12/14/2011 | 67 | December 14,2011 @ Brockton |
| 12/14/2011 | 68 | Commonwealth files petition for grant of immunity for Joseph Pedro |
| 12/14/2011 | 68 | under MGL C 233 Sec 20C-20G filed; ALLOWED (Troy,J) |
| 12/14/2011 |  | Defendant rests |
| 12/14/2011 |  | Defendant's oral motion for to renew motion for required finding of |
| 12/14/2011 |  | not guilty; DENIED (Troy,J) N. Gagnon, court reporter |
| 12/14/2011 | 69 | Order of immunity for Joseph Pedro DOB 3/6/76 (Troy,J) |
| 12/15/2011 |  | Defendant brought into court |
| 12/15/2011 |  | Trial continues before Troy,J and jury of 13 |
| 12/15/2011 |  | Jury reduced to 12 (Troy,J) N. Gagnon, court reporter |
| 12/16/2011 |  | Defendant brought into court |
| 12/16/2011 |  | The court orders the jury to resume its deliberations |
| 12/16/2011 |  | The court continues deliberations until December 19,2011 @ 9:00AM |
| 12/16/2011 |  | (Troy,J) N. Gagnon, court reporter |
| 12/19/2011 |  | Defendant brought into court for on this date. |
| 12/19/2011 |  | Jury resumes deliberations (Troy,J) N. Gagnon, court reporter |
| 12/20/2011 |  | Defendant brought into court |
| 12/20/2011 |  | Jury resumes deliberations (Troy,J) N. Gagnon, Court reporter |

| Date | No. | Description |
|------|-----|-------------|
| 12/21/2011 | | Defendant brought into court |
| 12/21/2011 | | Jury continues to deliberate |
| 12/21/2011 | 70 | RE Offense 1:Guilty verdict 2nd degree murder |
| 12/21/2011 | 66 | Defendant sentenced to MCI Cedar Junction for the term of life (808 |
| 12/21/2011 | 66 | Days credit) $90.00 victim witness fee ordered waived (Paul E. Troy, |
| 12/21/2011 | 66 | Justice) |
| 12/21/2011 | 71 | Notified of right of appeal under Rule 65 |
| 12/21/2011 | 72 | Warrant for comittment |
| 12/22/2011 | 73 | MOTION by Deft: counsel Kevin Reddington to withdraw |
| 12/22/2011 | 74 | NOTICE of APPEAL FILED by Darren Caswell |
| 12/28/2011 | 75 | Copy of notice of appeal sent to Justice, ADA and defense counsel |
| 12/28/2011 | 76 | Court Reporter Griffin, Regina M. is hereby notified to prepare one |
| 12/28/2011 | 76 | copy of the transcript of the evidence of 01/05/2011 |
| 12/28/2011 | 77 | Court Reporter Johnson, Caryn is hereby notified to prepare one copy |
| 12/28/2011 | 77 | of the transcript of the evidence of 12/07/2011, 12/8/2011, 12/9/2011 |
| 12/28/2011 | 78 | Court Reporter Gagnon, Nicole is hereby notified to prepare one copy |
| 12/28/2011 | 78 | of the transcript of the evidence of 12/12/2011, 12/13/2011, |
| 12/28/2011 | 78 | 12/14/2011, 12/15/2011, 12/16/2011, 12/19,/ 2011, 12/20, 2011, |
| 12/28/2011 | 78 | 12/21/2011 |
| 12/28/2011 | 79 | Notice to Justice, ADA and defense counsel of motion of counsel to |
| 12/28/2011 | 79 | withdraw |
| 01/06/2012 | | MOTION#73 Deft's motion to withdraw; Motion Allowed the case is |
| 01/06/2012 | | referred to to CPCS for review and appointment of counsel if |
| 01/06/2012 | | defendant qualifies([Troy,J.). Copies mailed January 10,2012 |
| 01/06/2012 | 80 | Notice of assignment of counsel |
| 01/30/2012 | | Note to file - Deft. held at MacDugall-Walker Correctional |
| 01/30/2012 | | Institution in CT. - Mass. State #W9802, Conneticut State #387692 - |
| 01/30/2012 | | address 1153 East Street South, Suffield CT 06080 |
| 01/31/2012 | 81 | Notice of assignment of counsel (CPCS) |
| 02/03/2012 | 82 | Appearance of Deft's Atty: Cynthia Vincent Thomas |
| 03/06/2012 | | Transcript of testimony received 1 olumes from Transcript of |
| 03/06/2012 | | proceedings from Court Reporter Griffin, Regina M. |
| 06/13/2012 | | Transcript of testimony received 8 volumes from Transcript of |
| 06/13/2012 | | proceedings from Court Reporter Gagnon, Nicole |
| 08/06/2012 | | Transcript of testimony received 3 volumes from Transcript of |
| 08/06/2012 | | proceedings from Court Reporter Johnson, Caryn |
| 08/07/2012 | 83 | Two (2) certified copies of docket entries, original and copy of |
| 08/07/2012 | 83 | transcript, two (2) copies of exhibit list and list of documents, and |
| 08/07/2012 | 83 | copy of the notice of appeal, each transmitted to clerk of appellate |
| 08/07/2012 | 83 | court. |
| 08/07/2012 | 84 | Notice of completion of assembly of record sent to clerk of Appeals |
| 08/07/2012 | 84 | Court and attorneys for the Commonwealth and defendant. |
| 08/20/2012 | 85 | Notice of Entry of appeal received from the Appeals Court |
| 09/26/2014 | 86 | Rescript received from Appeals Court; judgment AFFIRMED ent. 6/16/14 |

09/26/2014      86          rec'd. 9/26/14

## Charges

1 Charges for Docket: PLCR2009-00421

| No. | Charge Description: | Indictment: | Status: |
|-----|---------------------|-------------|---------|
| 1 | MURDER c265 s1 | | Guilty verdict |

© Copyright, Massachusetts Administrative Office of the Trial Court, 2000 - 2001.