# Exhibit 15

## Commonwealth of Massachusetts
## SUPERIOR COURT
## Case Summary
## Criminal Docket

### Commonwealth v Winquist, James S

Details for Docket: PLCR2007-00531

#### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | PLCR2007-00531 | **Caption:** | Commonwealth v Winquist, James S |
| **Entry Date:** | 09/28/2007 | **Case Status:** | Criminal 2 - CtRm 2 (Brockton) |
| **Status Date:** | 10/07/2013 | **Session:** | Disposed: Entered in Appeals Court |
| **Lead Case:** | NA | **Deadline Status:** | Active since |
| **Trial Deadline:** | 10/11/2007 | **Jury Trial:** | NO |

### Parties Involved

3 Parties Involved in Docket: PLCR2007-00531

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Winquist | **First Name:** | James S |
| **Address:** | 107 Bridge Street | **Address:** | |
| **City:** | Weymouth | **State:** | MA |
| **Zip Code:** | 02188 | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Commonwealth | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Witness |
| **Last Name:** | Bois | **First Name:** | Ryan |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |

**Zip Code:**                               **Zip Ext:**

**Telephone:**

## Attorneys Involved

7 Attorneys Involved for Docket: PLCR2007-00531

| Attorney Involved: | | Firm Name: | PLYM01 |
|---|---|---|---|
| **Last Name:** | Bradley Jr | **First Name:** | John E |
| **Address:** | 32 Belmont Street | **Address:** | PO Box 1665 |
| **City:** | Brockton | **State:** | MA |
| **Zip Code:** | 02303 | **Zip Ext:** | |
| **Telephone:** | 508-584-8120 | **Tel Ext:** | |
| **Fascimile:** | 508-586-3578 | **Representing:** | Commonwealth, (Plaintiff) |

| Attorney Involved: | | Firm Name: | PLYM01 |
|---|---|---|---|
| **Last Name:** | McDonough | **First Name:** | Suzanne |
| **Address:** | 32 Belmont Street | **Address:** | P.O. Box 1665 |
| **City:** | Brockton | **State:** | MA |
| **Zip Code:** | 02303 | **Zip Ext:** | |
| **Telephone:** | 508-584-8120 | **Tel Ext:** | |
| **Fascimile:** | | **Representing:** | Commonwealth, (Plaintiff) |

| Attorney Involved: | | Firm Name: | |
|---|---|---|---|
| **Last Name:** | Krowski,Jr | **First Name:** | Joseph F |
| **Address:** | 30 Cottage Street | **Address:** | Suite 20 |
| **City:** | Brockton | **State:** | MA |
| **Zip Code:** | 02301 | **Zip Ext:** | |
| **Telephone:** | 508-584-2555 | **Tel Ext:** | |
| **Fascimile:** | 508-588-6035 | **Representing:** | Winquist, James S (Defendant) |

| Attorney Involved: | | Firm Name: | |
|---|---|---|---|
| **Last Name:** | Kelly | **First Name:** | Arthur L |
| **Address:** | 580 Washington Street | **Address:** | Suite 2B |
| **City:** | Newton | **State:** | MA |
| **Zip Code:** | 02458 | **Zip Ext:** | |
| **Telephone:** | 617-969-6724 | **Tel Ext:** | |
| **Fascimile:** | 617-969-6321 | **Representing:** | Winquist, James S (Defendant) |

| Attorney Involved: | | Firm Name: | |
|---|---|---|---|
| Last Name: | Keighley | First Name: | David |
| Address: | PO Box 783 | Address: | |
| City: | Fairhaven | State: | MA |
| Zip Code: | 02719 | Zip Ext: | |
| Telephone: | 508-992-7111 | Tel Ext: | |
| Fascimile: | 508-992-7111 | Representing: | Winquist, James S (Defendant) |

| Attorney Involved: | | Firm Name: | |
|---|---|---|---|
| Last Name: | O'Brien | First Name: | Leslie W |
| Address: | PO Box 426 | Address: | |
| City: | Winchester | State: | MA |
| Zip Code: | 01890 | Zip Ext: | |
| Telephone: | 781-756-0111 | Tel Ext: | |
| Fascimile: | 781-756-0606 | Representing: | Winquist, James S (Defendant) |

| Attorney Involved: | | Firm Name: | |
|---|---|---|---|
| Last Name: | Shedd | First Name: | Dennis A |
| Address: | 114 Waltham Street | Address: | Suite 14 |
| City: | Lexington | State: | MA |
| Zip Code: | 02421 | Zip Ext: | |
| Telephone: | 781-274-7709 | Tel Ext: | |
| Fascimile: | | Representing: | Bois, Ryan (Witness) |

## Calendar Events

78 Calendar Events for Docket: PLCR2007-00531

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|
| 1 | 10/11/2007 | 09:00 | Arraignment | 1 | Event held as scheduled |
| 2 | 11/26/2007 | 09:00 | Conference: Pre-Trial | 1 | Event held as scheduled |
| 3 | 12/21/2007 | 09:00 | Hearing: Motion | 1 | Event held as scheduled |
| 4 | 02/05/2008 | 09:00 | Hearing: Motion | 1 | Event held as scheduled |
| 5 | 03/25/2008 | 09:00 | Hearing: Compliance | 1 | Event held as scheduled |
| 6 | 04/08/2008 | 09:00 | Hearing: Pre-Trial | 1 | Event held as scheduled |
| 7 | 04/16/2008 | 09:00 | Hearing: Dwyer | 1 | Event held as scheduled |
| 8 | 05/16/2008 | 09:00 | Status: Review by Session | 1 | Event held as scheduled |
| 9 | 06/20/2008 | 09:00 | Hearing: Dwyer | 1 | Event not held--joint request |

| 10 | 08/14/2008 | 09:00 | Status: Review by Session | 1 | Event held as scheduled |
|---|---|---|---|---|---|
| 11 | 08/18/2008 | 09:00 | Hearing: Misc Matters | 1 | Event held as scheduled |
| 12 | 09/19/2008 | 09:00 | Status: Review by Session | 1 | Event held as scheduled |
| 13 | 10/24/2008 | 09:00 | Status: Review by Session | 1 | Event held as scheduled |
| 14 | 12/01/2008 | 09:00 | Hearing: Misc Matters | 1 | Event held as scheduled |
| 15 | 01/28/2009 | 09:00 | Hearing: Motion | 1 | Event not held--joint request |
| 16 | 01/30/2009 | 11:00 | Hearing: Motion | 1 | Event not held--joint request |
| 17 | 02/19/2009 | 09:00 | Hearing: Motion | 1 | Event held as scheduled |
| 18 | 03/10/2009 | 09:00 | Hearing: Evidentiary-dismiss | 1 | Event held as scheduled |
| 19 | 03/11/2009 | 09:00 | Hearing: Evidentiary-dismiss | 1 | Event held as scheduled |
| 20 | 03/26/2009 | 09:00 | Hearing: Evidentiary-dismiss | 1 | Event held as scheduled |
| 21 | 04/17/2009 | 09:00 | Hearing: Evidentiary-dismiss | 3 | Event not held--joint request |
| 22 | 04/17/2009 | 09:00 | Hearing: Evidentiary-dismiss | 1 | Event moved to another session |
| 23 | 04/30/2009 | 09:00 | Hearing: Motion | 3 | Event held as scheduled |
| 24 | 06/05/2009 | 09:00 | Status: Review by Session | 3 | Event rescheduled by court order |
| 25 | 06/10/2009 | 09:00 | Hearing: Misc Matters | 3 | Event held as scheduled |
| 26 | 07/31/2009 | 09:00 | Hearing: Motion | A | Event canceled not re-scheduled |
| 27 | 10/29/2009 | 09:00 | Hearing: Misc Matters | 3 | Event held as scheduled |
| 28 | 10/29/2009 | 09:00 | Hearing: Misc Matters | A | Event moved to another session |
| 29 | 11/20/2009 | 09:00 | Hearing: Misc Matters | 3 | Event not held--joint request |
| 30 | 12/10/2009 | 09:00 | Hearing: Misc Matters | 3 | Event held as scheduled |
| 31 | 12/11/2009 | 09:00 | Hearing: Misc Matters | 3 | Event canceled not re-scheduled |
| 32 | 02/03/2010 | 09:00 | Status: Review by Session | 3 | Event not reached by Court |
| 33 | 02/24/2010 | 09:00 | Status: Review by Session | 3 | Event moved to another session |
| 34 | 02/24/2010 | 09:00 | Status: Review by Session | 1 | Event held as scheduled |
| 35 | 05/26/2010 | 09:00 | Status: Review by Session | 1 | Event held as scheduled |
| 36 | 07/09/2010 | 09:00 | Hearing: Evidentiary-dismiss | A | Event held as scheduled |
| 37 | 07/16/2010 | 09:00 | Hearing: Evidentiary-dismiss | A | Event held as scheduled |
| 38 | 08/25/2010 | 14:00 | Hearing: Evidentiary-dismiss | 1 | Event not held--joint request |
| 39 | 09/27/2010 | 14:00 | Hearing: Motion to Continue | A | Event held as scheduled |
| 40 | 09/29/2010 | 09:00 | Hearing: Evidentiary-dismiss | A | Event canceled not re-scheduled |
| 41 | 09/29/2010 | 09:00 | Hearing: Evidentiary-dismiss | 1 | Event moved to another session |
| 42 | 10/26/2010 | 09:00 | Hearing: Misc Matters | 2 | Event rescheduled by court order |
| 43 | 11/04/2010 | 09:00 | Hearing: Motion | 1 | Event moved to another session |
| 44 | 11/04/2010 | 09:00 | Hearing: Motion | 2 | Event held--(ACTIVE) under advisement |

| 45 | 11/22/2010 | 09:00 | Status: Review by Session | 1 | Event held as scheduled |
|----|------------|-------|---------------------------|---|-------------------------|
| 46 | 12/13/2010 | 09:00 | Status: Review by Session | 1 | Event held as scheduled |
| 47 | 02/09/2011 | 09:00 | Hearing: Motion | 1 | Event held as scheduled |
| 48 | 03/04/2011 | 09:00 | Hearing: Motion | 1 | Event held as scheduled |
| 49 | 03/30/2011 | 09:00 | Hearing: Compliance | 1 | Event held as scheduled |
| 50 | 05/25/2011 | 09:00 | Hearing: Motion | 1 | Event held as scheduled |
| 51 | 07/15/2011 | 09:00 | Hearing: Motion | 1 | Event not held--joint request |
| 52 | 08/26/2011 | 09:00 | Conference: Trial Assignment | 1 | Event held as scheduled |
| 53 | 09/14/2011 | 09:00 | Conference: Trial Assignment | 1 | Event held as scheduled |
| 54 | 01/23/2012 | 09:00 | Conference: Final Pre-Trial | 2 | Event held as scheduled |
| 55 | 02/06/2012 | 09:00 | TRIAL: by jury | 2 | Event canceled not re-scheduled |
| 56 | 02/06/2012 | 09:00 | Hearing: Motion | 2 | Event rescheduled by court prior to date |
| 57 | 03/02/2012 | 09:00 | Hearing: Motion | 2 | Event not held--joint request |
| 58 | 03/22/2012 | 09:00 | Status: Review by Session | 2 | Event held as scheduled |
| 59 | 04/09/2012 | 09:00 | Status: Review by Session | 2 | Event rescheduled by court prior to date |
| 60 | 05/07/2012 | 09:00 | TRIAL: by jury | 2 | Event rescheduled by court prior to date |
| 61 | 06/06/2012 | 09:00 | Hearing: Motion | 2 | Event not held--joint request |
| 62 | 06/11/2012 | 09:00 | Hearing: Motion | 2 | Event moved to another session |
| 63 | 06/11/2012 | 09:00 | Hearing: Misc Matters | 3 | Event held as scheduled |
| 64 | 06/19/2012 | 09:00 | TRIAL: by jury | 2 | Event canceled not re-scheduled |
| 65 | 09/05/2012 | 09:00 | Conference: Final Pre-Trial | 3 | Event held as scheduled |
| 66 | 09/07/2012 | 09:00 | Hearing: Motion | 3 | Event held as scheduled |
| 67 | 09/10/2012 | 09:00 | TRIAL: by jury | 2 | Trial begins |
| 68 | 09/11/2012 | 09:00 | TRIAL: by jury | 2 | Event continues over multiple days |
| 69 | 09/12/2012 | 09:00 | TRIAL: by jury | 2 | Event continues over multiple days |
| 70 | 09/13/2012 | 09:00 | TRIAL: by jury | 2 | Event continues over multiple days |
| 71 | 09/14/2012 | 09:00 | TRIAL: by jury | 2 | Event continues over multiple days |
| 72 | 09/17/2012 | 09:00 | TRIAL: by jury | 2 | Event continues over multiple days |
| 73 | 09/18/2012 | 09:00 | TRIAL: by jury | 2 | Event continues over multiple days |
| 74 | 09/19/2012 | 09:00 | TRIAL: by jury | 2 | Event continues over multiple days |
| 75 | 09/20/2012 | 09:00 | TRIAL: by jury | 2 | Event continues over multiple days |
| 76 | 09/21/2012 | 09:00 | TRIAL: by jury | 2 | Event continues over multiple days |
| 77 | 09/24/2012 | 09:00 | TRIAL: by jury | 2 | Event continues over multiple days |
| 78 | 09/25/2012 | 09:00 | TRIAL: by jury | 2 | Trial ends |

## Full Docket Entries

614 Docket Entries for Docket: PLCR2007-00531

**Entry Date:      Paper No:      Docket Entry:**

| | | |
|---|---|---|
| 09/28/2007 | 1 | Indictment returned |
| 09/28/2007 | 2 | Notice & copy of indictment & entry on docket sent to Sheriff |
| 09/28/2007 | 3 | Notice & copy of indictment sent to Chief Justice & Atty General |
| 10/11/2007 | 4 | Habeas corpus for Deft at Norfolk House of Correction (Dedham) |
| 10/11/2007 | | Deft arraigned before Court |
| 10/11/2007 | 5 | Appearance of Deft's Atty: Arthur L Kelly |
| 10/11/2007 | | RE Offense 1:Plea of not guilty |
| 10/11/2007 | | RE Offense 2:Plea of not guilty |
| 10/11/2007 | 6 | Assigned to track "C" see scheduling order |
| 10/11/2007 | | Tracking deadlines Active since return date |
| 10/11/2007 | 7 | Special Mittimus on indictment issued (Walker, J.) |
| 10/11/2007 | | Case continued until November 26, 2007 for pre trial conference |
| 10/11/2007 | | (Walker, J.) E. Blake, court reporter |
| 10/11/2007 | | Case continued until April 8, 2008 for pre trial hearing (Walker, J.) |
| 10/11/2007 | | E. Blake, court reporter |
| 10/16/2007 | 8 | Appearance of Commonwealth's Atty: John E Bradley Jr |
| 11/13/2007 | 9 | Habeas corpus for Deft at Norfolk House of Correction (Dedham) to |
| 11/13/2007 | 9 | appear November 26, 2007 @ Brockton |
| 11/26/2007 | 10 | Pre-trial conference report filed |
| 11/26/2007 | 11 | MOTION by Deft. for funds for private investigator, filed and allowed |
| 11/26/2007 | 11 | (Walker, J.) T. Meany, court reporter |
| 11/26/2007 | | Case continued to December 21, 2007 for motion (Walker, J.)T. Meany, |
| 11/26/2007 | | court reporter |
| 12/21/2007 | | Case continued to February 5,2008 by agreement for motion (Grabau,J.) |
| 12/21/2007 | | T.Meany court reporter |
| 02/04/2008 | 12 | Habeas corpus for Deft at Norfolk House of Correction (Dedham) to |
| 02/04/2008 | 12 | appear February 5, 2008 @ Brockton |
| 02/05/2008 | 13 | MOTION by Deft. to inspect statements of witnesses, filed and allowed |
| 02/05/2008 | 13 | by agreement (Chin, J.) |
| 02/05/2008 | 14 | MOTION by Deft. for preservation, review and production of notes, |
| 02/05/2008 | 14 | filed and allowed by agreement (Chin, J.) |
| 02/05/2008 | 15 | MOTION by Deft. for bill of particulars, filed and allowed by |
| 02/05/2008 | 15 | agreement (Chin, J.) |
| 02/05/2008 | 16 | MOTION by Deft. for reward or inducements and/or immunity grants or |
| 02/05/2008 | 16 | non-prosecution agreements, filed and allowed by agreement (Chin, J.) |
| 02/05/2008 | 17 | MOTION by Deft. to join co-defendant's requests for discovery, filed |
| 02/05/2008 | 17 | and allowed by agreement (Chin, J.) |
| 02/05/2008 | | Case continued to March 25, 2008 for discovery compliance (Chin, J.) |
| 02/05/2008 | | T. Meany, court reporter |
| 02/05/2008 | 18 | MOTION by Deft. for copies of all photographs, videos, audio or other |
| 02/05/2008 | 18 | recordings, filed and allowed by agreement (Chin, J.) |
| 03/24/2008 | 19 | Habeas corpus for Deft at Norfolk House of Correction (Dedham) to |
| 03/24/2008 | 19 | appear March 25, 2008 @ Brockton |
| 03/25/2008 | | Case continued to April 16, 2008 by agreement for dwyer motion |

| | | |
|---|---|---|
| 03/25/2008 | | (Locke, J) K Crandell |
| 04/07/2008 | 20 | Habeas corpus for Deft at Norfolk House of Correction (Dedham) to |
| 04/07/2008 | 20 | appear April 8, 2008 @ Brockton |
| 04/16/2008 | 21 | Order Allowing Acess to Privileged Documents by persons other than |
| 04/16/2008 | 21 | defense counsel and Protective Order for Authorized Person (Paul E. |
| 04/16/2008 | 21 | Troy, Justice) |
| 04/16/2008 | | MOTION (P#14) Defendant's ex parte motion to fund DNA expert allowed: |
| 04/16/2008 | | after hearing (Paul E. Troy, Justice). |
| 04/16/2008 | | MOTION (P#26) Defendant's motion for records pursuant to dywer |
| 04/16/2008 | | allowed after hearing (Paul E. Troy, Justice). |
| 04/16/2008 | | Case continued to May 16, 2008 by agreement for status (Troy, J) K |
| 04/16/2008 | | Santos, court reporter |
| 05/16/2008 | | Case continued to June 20, 2008 for Dwyer motion (Troy, J.) C. |
| 05/16/2008 | | Richards, court reporter |
| 06/20/2008 | | Case continued by agreement to August 14, 2008 for status (Chin, J.) |
| 06/20/2008 | | N. Gagnon, court reporter |
| 08/14/2008 | | Case continued by order of the Court to August 18, 2008 to set date |
| 08/14/2008 | | (Donovan, J.) T. Meany, court reporter |
| 08/15/2008 | 22 | Habeas corpus for Deft at Norfolk House of Correction (Dedham) to |
| 08/15/2008 | 22 | appear August 18, 2008 @ Brockton |
| 08/18/2008 | | Case continued by agreement to September 19, 2008 for status (Walker, |
| 08/18/2008 | | J.) T. Meany, court reporter |
| 09/17/2008 | 23 | Habeas corpus for Deft at Norfolk House of Correction (Dedham) to |
| 09/17/2008 | 23 | appear September 19, 2008 @ Brockton |
| 09/19/2008 | | Case continued to October 24, 2008 for status (Walker, J.) T. Meany, |
| 09/19/2008 | | court reporter |
| 10/07/2008 | 24 | Habeas corpus for Deft at Norfolk House of Correction (Dedham) to |
| 10/07/2008 | 24 | appear October 24, 2008 @ Brockton |
| 10/24/2008 | 25 | MOTION by Deft. Atty Kelly to withdraw as counsel, filed and allowed |
| 10/24/2008 | 25 | (Locke, J.) |
| 10/24/2008 | 26 | Appearance of Deft's Atty: Joseph F Krowski Jr |
| 10/24/2008 | 27 | Order Allowing Acess to Privileged Documents from Pembroke Hospital, |
| 10/24/2008 | 27 | Bay State Community Care, UMASS Adolescent Treatment and Westwood |
| 10/24/2008 | 27 | Lodge by defense counsel and Protective Order for Authorized Person |
| 10/24/2008 | 27 | (Jeffrey A. Locke, Justice) |
| 11/24/2008 | 28 | Habeas corpus for Deft at Norfolk House of Correction (Dedham) to |
| 11/24/2008 | 28 | appear December 1, 2008 @ Brockton |
| 12/01/2008 | | Case continued by agreement to January 28, 2009 (motion to be filed |
| 12/01/2008 | | by 1/14/09) (Locke, J.) N. Gagnon, court reporter |
| 01/21/2009 | 29 | Habeas corpus for Deft at Middlesex House of Correction (Billerica) |
| 01/21/2009 | 29 | to appear January 28, 2009 @ Brockton |
| 01/28/2009 | | Case continued by agreement to January 30, 2009 at 11:00 am for |
| 01/28/2009 | | motion to dismiss (Locke, J.) J. Russo, court reporter |
| 01/28/2009 | 29 | Habeas corpus for Deft at Suffolk County Jail (Nashua Street) to |

| | | |
|---|---|---|
| 01/28/2009 | 29 | appear January 30, 2009 @ Brockton |
| 01/28/2009 | 29 | Defendant's motion to join co-defendant eric snow's motion to |
| 01/28/2009 | 29 | dismiss, filed and allowed (Locke,J.) |
| 01/28/2009 | 29 | Defendant's MOTION for funds for an investigator filed under seal; |
| 01/28/2009 | 29 | Allowed upto $2,000.00 at established hourly rate by CPCS(Locke,J.) |
| 01/28/2009 | 29 | copies mailed June 11,2009 |
| 01/30/2009 | | Case continued by agreement to February 19, 2009 for motion (Locke, |
| 01/30/2009 | | J.) N. Gagnon, court reporter |
| 02/09/2009 | 30 | Habeas corpus for Deft at Suffolk County Jail (Nashua Street) to |
| 02/09/2009 | 30 | appear February 19, 2009 @ Brockton |
| 02/18/2009 | 31 | MOTION by Deft. for Board of Probation Records |
| 02/18/2009 | 32 | MOTION by Deft. for promises rewards and inducements |
| 02/18/2009 | 33 | MOTION by Deft. for exculpatory evidence |
| 02/18/2009 | 34 | MOTION by Deft. for witness addresses |
| 02/18/2009 | 35 | Rule 17 motion by Deft. for the Court ordered production of documents |
| 02/19/2009 | | Defendant's MOTION (P#31) for Board of Probation Records, allowed |
| 02/19/2009 | | (Jeffrey A. Locke, Justice). Copies mailed 2/20/2009 |
| 02/19/2009 | | Case continued by agreement to March 10, 2009 for evidentiary hearing |
| 02/19/2009 | | on motion to dismiss (Locke, J.) N. Gagnon, court reporter |
| 02/26/2009 | 36 | Habeas corpus for Deft at Suffolk County Jail (Nashua Street) to |
| 02/26/2009 | 36 | appear March 10, 2009 @ Brockton |
| 03/10/2009 | | Case continued to March 11, 2009 on motion to dismiss (Locke, J. N. |
| 03/10/2009 | | Gagnon, court reporter |
| 03/10/2009 | | Defendant remanded into the custody of the Sheriff of Plymouth County |
| 03/10/2009 | 37 | Warrant for remand issued |
| 03/11/2009 | | Case continued to March 26, 2009 for hearing on motion to dismiss |
| 03/11/2009 | | (Locke,J.) N. Gagnon, court reporter |
| 03/17/2009 | 38 | Habeas corpus for Deft at Suffolk County Jail (Nashua Street) to |
| 03/17/2009 | 38 | appear 3/26/09 at Brockton |
| 03/26/2009 | | Case cont'd. to 4/17/09 for motion to dismiss (Locke,J.) N. Gagnon, |
| 03/26/2009 | | court reporter |
| 04/06/2009 | 39 | Habeas corpus for Deft at Suffolk County Jail (Nashua Street) to |
| 04/06/2009 | 39 | appear April 17, 2009 @ Brockton |
| 04/17/2009 | | Case continued to April 30,2009 for motion to suppress in third |
| 04/17/2009 | | criminal session (Locke,J.) |
| 04/23/2009 | 40 | Habeas corpus for Deft at Suffolk County Jail (Nashua Street) to |
| 04/23/2009 | 40 | appear April 30, 2009 @ Brockton |
| 04/30/2009 | | Case continued to June 5,2009 for status re; findings of decision on |
| 04/30/2009 | | motion to suppress (Locke,J.) N.Gagnon court reporter |
| 05/26/2009 | 41 | Habeas corpus for Deft at Suffolk County Jail (Nashua Street) to |
| 05/26/2009 | 41 | appear June 5, 2009 @ Brockton |
| 06/03/2009 | 42 | Commonwealth files response to defendant's motion for discovery filed |
| 06/03/2009 | 42 | on February 18,2009 |
| 06/03/2009 | 43 | Appearance of Commonwealth's Atty: Suzanne Dunleavy McDonough as |

| | | |
|---|---|---|
| 06/03/2009 | 43 | co-counsel |
| 06/05/2009 | | Case continued to June 10, 2009 at 2:00 PM (Locke,J.) |
| 06/05/2009 | 44 | Habeas corpus for Deft at Suffolk County Jail (Nashua Street) to |
| 06/05/2009 | 44 | appear June 10, 2009 @ Brockton |
| 06/10/2009 | | MOTION #32 Deft's motion for promises rewards and inducements; |
| 06/10/2009 | | Allowed the commonwealth representing that it has provided such |
| 06/10/2009 | | information to defendant already([Locke,J.]). Copies mailed June |
| 06/10/2009 | | 11,2009 |
| 06/10/2009 | | MOTION#33 Defendant's motion for exculpatory evidence; Moot |
| 06/10/2009 | | Commonwealth answering that it has complied (Locke,J.) copies mailed |
| 06/10/2009 | | June 11,2009 |
| 06/10/2009 | | MOTION#35 Deft's Rule 17 motion for the court ordered production of |
| 06/10/2009 | | documents; Upon review Lampron hearing scheduled for July 31,2009 |
| 06/10/2009 | | Commonwealth to send notice of motion to subject records and to |
| 06/10/2009 | | record holder (Locke,J.) copies mailed June 11,2009 |
| 06/10/2009 | 45 | Defendant's MOTION for board of probation records |
| 06/10/2009 | 46 | Affidavit of Attorney Joseph F. Krowski Jr filed under seal |
| 06/10/2009 | | This hearing is a continued from before defense wants to call 4 |
| 06/10/2009 | | additional witnesses. Court allows defense to call 4 additional |
| 06/10/2009 | | witnesses. Commonwealth may appeal Commonwealth shall determine than |
| 06/10/2009 | | let the court and defense counsel know by June 17,2009 (Locke,J.) |
| 06/10/2009 | | N.Gagnon court reporter |
| 06/10/2009 | | Case continued to July 31,2009 for hearing on motion to dismiss (in |
| 06/10/2009 | | the civil session)(Locke,J.) N.Gagnon court reporter |
| 06/10/2009 | 47 | Defendant's MOTION to have the court declare him indigent and appoint |
| 06/10/2009 | 47 | him counsel; Allowed counsel representing that CPCS has agreed to |
| 06/10/2009 | 47 | make such appointment and the court finding that the defendant |
| 06/10/2009 | 47 | qualifies for appointed counsel based on indigent status (Locke,J.) |
| 06/10/2009 | 47 | copies mailed June 11,2009 |
| 06/12/2009 | 48 | Notice of assignment of counsel |
| 06/17/2009 | 49 | Commonwealth files notice of intention to petition for relief |
| 06/17/2009 | 49 | pursuant to GLC 211 sec 3 |
| 07/09/2009 | | Commonwealth files petition for relief pursuant to GLC 211 3 (see |
| 07/09/2009 | | original in 07-530 #51) |
| 07/24/2009 | 50 | Habeas corpus for Deft at Suffolk County Jail (Nashua Street) to |
| 07/24/2009 | 50 | appear July 31, 2009 @ Brockton |
| 09/04/2009 | 51 | Order S.J.C. Suffolk Cty: Memorandum and Order on the Commonwealth's |
| 09/04/2009 | 51 | petition for relief pursuant to G.L. c. 211 s. 3..."For the foregoing |
| 09/04/2009 | 51 | reasons, the Commonwealth's petition for relief under G.L. c. 211 s. |
| 09/04/2009 | 51 | 3, is denied. Judgment is to enter dismissing the petition. Entered |
| 09/04/2009 | 51 | August 27, 2009 |
| 09/08/2009 | | Notice of appeal by the Commonwealth to the SJC (see P#54-07-00530) |
| 10/13/2009 | 52 | Notice to counsel of hearing scheduled for October 29, 2009 at 9:00 |
| 10/13/2009 | 52 | AM in the Civil A session |

| Date | No. | Description |
|------|-----|-------------|
| 10/27/2009 | 51 | Habeas corpus for Deft at Suffolk County Jail (Nashua Street) to |
| 10/27/2009 | 51 | appear in Brockton on October 29, 2009 |
| 10/29/2009 | | After hearing before (Locke, J) the court orders this matter |
| 10/29/2009 | | scheduled for hearing on Novemebr 20, 2009 (Locke, J) N Gagnon, court |
| 10/29/2009 | | reporter |
| 10/30/2009 | 53 | Notice sent to counsel for hearing on November 20, 2009 at 9:00 in |
| 10/30/2009 | 53 | Brockton |
| 11/02/2009 | 53 | Committee for Public Counsel Services appointed, pursuant to Rule 53 |
| 11/02/2009 | 53 | dated 6/10/09 |
| 11/17/2009 | 54 | Habeas corpus for Deft at Suffolk County Jail (Nashua Street) to |
| 11/17/2009 | 54 | appear November 20, 2009 @ Brockton |
| 12/03/2009 | | The Court orders this matter scheduled for December 11, 2009 for |
| 12/03/2009 | | further hearing re: status (L Foley, Asst Clerk) |
| 12/03/2009 | 55 | Notice to DA and Counsel of hearing re Status 12/11/09 |
| 12/04/2009 | | Case continued to February 3,2010 by agreement for status (waiting |
| 12/04/2009 | | for joint motion to be filed)(Leo P. Foley Asst. Clerk) |
| 12/04/2009 | 56 | Notice sent to counsel about status scheduled for February 3,2010 in |
| 12/04/2009 | 56 | third criminal session |
| 12/04/2009 | 57 | Habeas corpus for Deft at Bristol HOC(Dartmouth) to appear December |
| 12/04/2009 | 57 | 11,2009 in Brockton |
| 12/04/2009 | 58 | Habeas corpus for Deft at Bristol House of Correction (Dartmouth) to |
| 12/04/2009 | 58 | appear December 10, 2009 @ Brockton |
| 12/10/2009 | | Defendant brought into Court |
| 12/10/2009 | 59 | MOTION by Deft: second motion filed under seal for funds for a |
| 12/10/2009 | 59 | provate investigator, filed after exparte hearing, allowed and |
| 12/10/2009 | 59 | impounded (Locke,J.) |
| 12/10/2009 | 60 | MOTION by Deft: for funds for a forensic pathologist, filed and |
| 12/10/2009 | 60 | allowed (Locke, J.) |
| 12/10/2009 | 61 | MOTION by Deft: for funds for transcript production, filed and |
| 12/10/2009 | 61 | allowed (Locke,J.) |
| 12/10/2009 | | Case continued to February 3, 2010 for status hearing RE: appeal |
| 12/10/2009 | | (Locke,J.) N. Gagnon, court reporter |
| 01/25/2010 | 62 | Habeas corpus for Deft at Bristol House of Correction (Dartmouth) to |
| 01/25/2010 | 62 | appear February 3, 2010 @ Brockton |
| 02/12/2010 | | The court orders these matters scheduled for February 24, 2010 at |
| 02/12/2010 | | 9:00 am for status ( Locke, J) |
| 02/12/2010 | 63 | Habeas corpus for Deft at Essex Correctional Facility (Middleton) to |
| 02/12/2010 | 63 | appear February 24,2010 @ Brockton |
| 02/24/2010 | | Case continued to May 26, 2010 by order of the Court for status |
| 02/24/2010 | | (Locke, J) R. Griffin, court reporter |
| 05/18/2010 | 64 | Habeas corpus for Deft at Essex Correctional Facility (Middleton) to |
| 05/18/2010 | 64 | appear May 26,2010 @ Brockton |
| 05/26/2010 | | Case continued to July 9,2010 for motions before Judge Locke(bring in |
| 05/26/2010 | | deft)(Locke,J.) |

| | | |
|---|---|---|
| 05/28/2010 | | Notice of Entry of appeal received from the Appeals Court (see |
| 05/28/2010 | | P#61-07-000530) Judgment affirmed. Entered May 26, 2010 |
| 06/29/2010 | 65 | Habeas corpus for Deft at Essex Correctional Facility (Middleton) to |
| 06/29/2010 | 65 | appear July 9,2010 @ Brockton |
| 06/29/2010 | 66 | Habeas corpus for witness David Courage @ Worcester State Hospital to |
| 06/29/2010 | 66 | appear July 9,2010 @ Brockton (see orig habe In 07-530 #62) |
| 07/09/2010 | | Defendant brought into court |
| 07/09/2010 | 67 | MOTION by Deft: for funds for transcript production |
| 07/09/2010 | | After hearing on motion to dismiss case cont'd. to 7/16/10 for |
| 07/09/2010 | | further hearing on mo. to dismiss before Locke,J.- counsel to contact |
| 07/09/2010 | | Clerk with time for hearing (LOcke,J) C. Johnson, court reporter |
| 07/14/2010 | 68 | Habeas corpus for Deft at Essex Correctional Facility (Middleton) SENT |
| 07/16/2010 | 69 | Defendant's rule 17 motion for the court ordered production of |
| 07/16/2010 | 69 | documents |
| 07/16/2010 | 70 | Defendants motion for funds for transcript production |
| 07/16/2010 | | Defendant brought into court |
| 07/16/2010 | | Case called for hearing on motion to dismiss |
| 07/16/2010 | | After hearing on motion to dimiss Case continued to August 25, 2010 |
| 07/16/2010 | | for arguments on motion to dismiss (Locke, J) J Russo, court reporter |
| 07/16/2010 | | After hearing motions to be filed by August 20, 2010 (Locke,J) |
| 08/19/2010 | 70 | Habeas corpus for Deft at Essex Correctional Facility (Middleton) to |
| 08/19/2010 | 70 | appear In Brockton on 8/25/10 |
| 08/23/2010 | | Case continued to September 29, 2010 for motion to dismiss (see |
| 08/23/2010 | | P#65-07-00530) |
| 09/17/2010 | 70 | Habeas corpus for Deft at Essex Correctional Facility (Middleton) to |
| 09/17/2010 | 70 | appear In Brockton on 9/30/10 |
| 09/17/2010 | 70 | Habeas corpus for Deft at Essex Correctional Facility (Middleton) to |
| 09/17/2010 | 70 | appear In Brockton on 9/30/10 |
| 09/23/2010 | 71 | Defendants motion to continue the hearing date and to extend the date |
| 09/23/2010 | 71 | for the filing of the memorandum |
| 09/23/2010 | | MOTION (P#70) for funds for transcript production, allowed (Locke |
| 09/23/2010 | | Justice). |
| 09/24/2010 | 72 | Commonwealth files opposition to defendants motion to continue |
| 09/27/2010 | | MOTION (P#67) for funds for transcript production, denied without |
| 09/27/2010 | | prejudice (Locke, Justice). |
| 09/27/2010 | | MOTION (P#71) to continue the hearing date and to exten the date for |
| 09/27/2010 | | the filing of the memorandum, allowed (Locke,J.) |
| 10/20/2010 | 70 | Habeas corpus for Deft at Essex Correctional Facility (Middleton) to |
| 10/20/2010 | 70 | appear In Brockton on 10/26/10 |
| 10/25/2010 | | Case continued to November 4, 2010 for hearing on the defendant's |
| 10/25/2010 | | motion to dismiss (L Foley, Asst Clerk) |
| 10/25/2010 | 73 | Deft files memorandum In support of defendant's motion to dismiss |
| 10/25/2010 | 70 | Habeas corpus for Deft at Essex Correctional Facility (Middleton) to |
| 10/25/2010 | 70 | appear In Brockton on 11/4/10 |

| | | |
|---|---|---|
| 11/04/2010 | | Defendant brought into Court |
| 11/04/2010 | | Hearing continues before Locke, J on the defendant motion to dismiss, |
| 11/04/2010 | | taken under advisement (Locke,J.) N. Gagnon, court reporter |
| 11/04/2010 | | Case continued to November 22, 2010 for status (Locke, J.) N. Gagnon, |
| 11/04/2010 | | court reporter |
| 11/22/2010 | | Case continued to December 13,2010 for status (Roach,J.) R. Griffin |
| 11/22/2010 | | court reporter |
| 11/30/2010 | 74 | MEMORANDUM OF DECISION & ORDER: on defendant's motion to dismiss |
| 11/30/2010 | 74 | 11/30/2010, (Locke, Justice) |
| 11/30/2010 | | Motion to dimsiss (#40 in 07-00530) denied (see Memorandom of |
| 11/30/2010 | | Decision) |
| 12/02/2010 | 75 | Habeas corpus for Deft at Essex Correctional Facility (Middleton) to |
| 12/02/2010 | 75 | appear December 13,2010 @ Brockton |
| 12/13/2010 | | Case continued to February 9, 2011 by agreement for motion to |
| 12/13/2010 | | suppress and Rule 17 motions (Roach,J.) R. Griffin, court reporter |
| 01/20/2011 | 76 | MOTION by Deft: to suppress evidence seized purs. to 2 search |
| 01/20/2011 | 76 | warrants or in the alternative for a Franks Hearing |
| 01/20/2011 | 77 | MOTION by Deft: to suppress statements |
| 02/03/2011 | 78 | Habeas corpus for Deft at Essex Correctional Facility (Middleton) to |
| 02/03/2011 | 78 | appear February 9,2011 @ Brockton |
| 02/08/2011 | 78 | Commonwealth's Memorandum in opposition to defendant's motion to |
| 02/08/2011 | 78 | suppress |
| 02/09/2011 | | MOTION (P#69) Rule 17 motion for Court ordered production of |
| 02/09/2011 | | documents, Lampron hearing to be held March 4, 2011; Commonwealth to |
| 02/09/2011 | | provide notice to subject of records and to recod-holder Jeffrey A |
| 02/09/2011 | | Locke, Justice). Copies mailed 2/14/2011 |
| 02/09/2011 | | Case continued to March 4, 2011 by agreement for motion to suppress |
| 02/09/2011 | | and Rule 17 motion (Locke,J.) R. Griffin, court reporter |
| 02/09/2011 | | MOTION (P#35) Rule 17 motion for the court ordered production of |
| 02/09/2011 | | dicuments, lampron hearing to be held 3/4/11 Commonweaith to provide |
| 02/09/2011 | | notice to subject of records and record holder (Jeffrey A Locke, |
| 02/09/2011 | | Justice). Copies mailed 2/14/2011 |
| 02/23/2011 | 79 | Habeas corpus for Deft at Essex Correctional Facility (Middleton) to |
| 02/23/2011 | 79 | appear March 4,2011 @ Brockton |
| 03/04/2011 | | MOTION (P#77) motion to suppress statements, Commonwealth |
| 03/04/2011 | | representing it will not introduce any statement from May 15, 2007 |
| 03/04/2011 | | motion is mooted by agreement (Jeffrey A Locke, Justice). |
| 03/04/2011 | | Case continued to March 30, 2011 by agreement for discovery |
| 03/04/2011 | | compliance and Rule 17 motion (Locke,J.) J. Russo, court reporter |
| 03/04/2011 | | Defendant's motion (P#76) to suppress evidence, matter taken under |
| 03/04/2011 | | advisement (Locke, J.) |
| 03/04/2011 | 79 | MOTION by Deft. to recuse, denied (Locke, J.) Copies mailed 5/19/11 |
| 03/23/2011 | 80 | Habeas corpus for Deft at Essex Correctional Facility (Middleton) to |
| 03/23/2011 | 80 | appear March 30,2011 |

| | | |
|---|---|---|
| 03/30/2011 | | MOTION (P#69) for court ordered production of documents, after notice |
| 03/30/2011 | | to record holder and subject of the records, and no opposition voiced |
| 03/30/2011 | | at hearing, motion is allowed Locke, Justice). |
| 03/30/2011 | | MOTION (P#67) for funds for transcript production, after hearing |
| 03/30/2011 | | motion is allowed as follows: funds are authorized for preparation of |
| 03/30/2011 | | transcripts of those recordings which contain communication designed |
| 03/30/2011 | | by the Commonwealth to be used at trial, and such other communication |
| 03/30/2011 | | as the defendant may seek by way of further request to the court; and |
| 03/30/2011 | | provided further, that copies of any transcripts be provided to all |
| 03/30/2011 | | parties(Locke, Justice). |
| 03/30/2011 | | MOTION (P#35) for court ordered production of documents, After |
| 03/30/2011 | | hearing allowed See order (Locke, Justice). |
| 03/30/2011 | | Case continued to May 25, 2011 for motion to sever by agreement, |
| 03/30/2011 | | Motion to be filed by 5/9/11 (Locke,J.) R. Griffin, court reporter |
| 03/31/2011 | 81 | ORDER: for production of records (Locke, Justice) |
| 05/17/2011 | | Defendant's MOTION (P#76) to suppress evidence, denied (see |
| 05/17/2011 | | Memorandum of Decision) (Locke, J.) |
| 05/19/2011 | | MEMORANDUM of Decision on defendant's Eric Snow's motion to suppress |
| 05/19/2011 | | and defendant James Winquist's motion to suppress evidence seized |
| 05/19/2011 | | pursuant to two search warrants or in the alternative fro Franks |
| 05/19/2011 | | hearing, denied (see P#71 in 2007-00530) (Locke, J.) Copies mailed |
| 05/19/2011 | | 5/19/11 |
| 05/19/2011 | 82 | Habeas corpus for Deft at Essex Correctional Facility (Middleton) to |
| 05/19/2011 | 82 | appear May 25,2011 @ Brockton |
| 05/25/2011 | 83 | MOTION by Deft: for funds for an investigator filed under seal, |
| 05/25/2011 | 83 | allowed for $5,000.00 Previous funds allowed on 1/2009 for $2,000.00 |
| 05/25/2011 | 83 | and 12/2009 for $5,000.00 (Hopkins,J.) |
| 05/25/2011 | | Case continued to July 15, 2011 by agreement for motion to suppress |
| 05/25/2011 | | and trial assignment (motion to be filed by 7/6/11) (Hopkins,J.) R. |
| 05/25/2011 | | Griffin, court reporter |
| 06/27/2011 | 84 | Defendant's MOTION to copy records |
| 07/05/2011 | 85 | Habeas corpus for Deft at Essex Correctional Facility (Middleton) to |
| 07/05/2011 | 85 | appear July 15, 2011 @ Brockton |
| 07/15/2011 | 86 | Ex parte MOTION by Deft. for funds filed under seal for a DNA expert, |
| 07/15/2011 | 86 | filed and allowed in the amount of $2,500.00 for examination report, |
| 07/15/2011 | 86 | preparation and/or testimony hearing or trial (Walker J.) Copy mailed |
| 07/15/2011 | 86 | 7/18/11 |
| 07/15/2011 | 87 | Ex parte MOTION by Deft.for funds filed under seal for a forensic |
| 07/15/2011 | 87 | entomologist, filed and allowed in the amount of $5,000.00 for |
| 07/15/2011 | 87 | examination report preparation and/or testimony at hearing or trial |
| 07/15/2011 | 87 | (Walker, J.) Copy mailed 7/18/11 |
| 07/15/2011 | 88 | Ex parte MOTION by Deft. for funds filed under seal for a forensic |
| 07/15/2011 | 88 | media expert |
| 07/15/2011 | | Defendant's MOTION (P#84) to copy records, allowed , atty Krowski to |

| Date | No. | Description |
|---|---|---|
| 07/15/2011 | | provide copies of said documents, and any or all CD's to co-counsel |
| 07/15/2011 | | and to the Commonwealth (Joseph M. Walker, III, Justice). Copies |
| 07/15/2011 | | mailed 7/18/2011 |
| 07/15/2011 | | Case continued by agreement to August 26, 2011 for trial assignment |
| 07/15/2011 | | (bring in deft.) (Walker, J.) R. Griffin, court reporter |
| 08/26/2011 | | Case continied to September 14, 2011 by agreement or trial asignment |
| 08/26/2011 | | (Walker,J.) K Johnson, court reporter |
| 09/14/2011 | | Notice of trial assignment to 2nd session (see orig in 07-530 #74) |
| 09/14/2011 | | (Walker,J) |
| 09/15/2011 | 89 | Notice sent to appear for Final Pre Trial Conference on 1/23/2012 |
| 09/15/2011 | 90 | Notice sent to counsel of February 6,2012 trial date |
| 01/13/2012 | 91 | Defendant's MOTION to continue; Filed and motion is Allowed the |
| 01/13/2012 | 91 | February 6,2012 trial date shall be the date for hearing on motion to |
| 01/13/2012 | 91 | sever and a new trial date will be assigned on that day (Chin,J.) |
| 01/13/2012 | 91 | copies mailed January 17,2012 |
| 01/17/2012 | 92 | Notice sent to counsel about motion to sever and to set new trial |
| 01/17/2012 | 92 | date hearing scheduled for February 6,2012 second criminal session |
| 01/23/2012 | | Case continued to March 2,2012 by agreement for motion to sever |
| 01/23/2012 | | (Chin,J.) B.St.Charles court reporter |
| 01/23/2012 | | Case continued to May 7,2012 by agreement for trial (Chin,J.) |
| 01/23/2012 | | B.St.Charles court reporter |
| 01/24/2012 | 93 | Notice sent to counsel about motion to sever hearing scheduled for |
| 01/24/2012 | 93 | March 2,2012 second criminal session |
| 01/24/2012 | 94 | Notice sent to counsel about trial scheduled for May 7,2012 second |
| 01/24/2012 | 94 | criminal session |
| 02/28/2012 | 95 | MOTION by Deft: to sever |
| 03/08/2012 | | Case continued to April 9,2012 for status (Chin,J.) |
| 03/09/2012 | 96 | Notice sent to counsel about status scheduled for April 9,2012 second |
| 03/09/2012 | 96 | criminal session |
| 03/13/2012 | 97 | MOTION by Commonwealth: to advance status date |
| 03/15/2012 | | MOTION#97 Comm's motion to advance status date; Motion Allowed status |
| 03/15/2012 | | date advanced to March 22,2012 ([Chin,J.]). Copies mailed March |
| 03/15/2012 | | 15,2012 |
| 03/15/2012 | 98 | Notice sent to counsel about March 22, 2012 status conference |
| 03/15/2012 | 98 | scheduled for March 22,2012 second criminal session |
| 03/22/2012 | | Case continued to June 19, 2012 by agreement for trial. (Chin, J.) B. |
| 03/22/2012 | | St. Charles, court reporter |
| 05/02/2012 | 99 | Defendant's MOTION for funds for the production of transcripts from |
| 05/02/2012 | 99 | the recorded jail calls of witness Michael Alfano; Filed and Allowed |
| 05/02/2012 | 99 | (Chin,J.) copies gave in hand |
| 05/25/2012 | 100 | MOTION by Deft.filed ex parte under seal for a private Investigator |
| 06/01/2012 | | MOTION#100 Deft's motion filed ex parte under seal for additional |
| 06/01/2012 | | funds for a private investigator; Motion Allowed ([Chin,J.]). Copies |
| 06/01/2012 | | mailed gave in hand |

| 06/04/2012 | 101 | MOTION by Deft: for mandatory discovery filed; ALLOWED (Joseph M |
| 06/04/2012 | 101 | Walsh, ACM) |
| 06/04/2012 | 102 | MOTION by Deft: for Rule 17 discovery |
| 06/04/2012 | 103 | MOTION by Deft: for Rule 17 discovery |
| 06/04/2012 | 104 | MOTION by Deft: for Rule 17 discovery |
| 06/11/2012 | | Defendant brought into court |
| 06/11/2012 | | The court Gaziano, RAJ orders this matter scheduled for September |
| 06/11/2012 | | 10,2012 for trial in second criminal session (Gaziano,J) B.St.Charles |
| 06/11/2012 | | court reporter |
| 06/11/2012 | 105 | Notice sent to counsel about trial scheduled for September 10,2012 |
| 06/11/2012 | 105 | second criminal session |
| 08/24/2012 | 106 | MOTION by Deft. for promises rewards and inducements |
| 08/24/2012 | 107 | Deftendant's list of prosepctive witnesses |
| 08/24/2012 | 108 | MOTION by Deft. for additional funds for the production of transcripts |
| 08/24/2012 | 109 | MOTION by Deft: for Board of Probation records of prospective |
| 08/24/2012 | 109 | witnesses filed |
| 08/27/2012 | | MOTION (P#109 for board of probation records of prospective |
| 08/27/2012 | | witnesses) allowed (Walker,J). |
| 08/27/2012 | 110 | Notice sent to appear for Final Pre Trial Conference on 9/5/2012 |
| 08/27/2012 | 110 | before Chin,J in Brockton 3rd session |
| 08/27/2012 | | Case scheduled for Final pre trial conference on September 5,2012 |
| 08/27/2012 | | before Chin,J (Leo P Foley, AC) |
| 08/30/2012 | 111 | Commonwealth files list of witnesses |
| 08/30/2012 | 112 | Commonwealth's motion in limine to admit evidence of motive |
| 08/30/2012 | 113 | Commonwealth's motion in limine to exclude testimony about suicide of |
| 08/30/2012 | 113 | co-defendant |
| 09/05/2012 | 114 | MOTION by Deft: in limine to preclude the commonwealth from |
| 09/05/2012 | 114 | introducing letters reportedly seized during search warrant executions |
| 09/05/2012 | 115 | MOTION by Deft: in limine to admit evidence of commonwealth witness |
| 09/05/2012 | 115 | David Courage's specific bad acts |
| 09/05/2012 | 116 | Defendant's memorandum supporting the defendant's in limine to admit |
| 09/05/2012 | 116 | evidence of commonwealth David Courage's specific bad acts |
| 09/05/2012 | 117 | MOTION by Deft: in limine to admit evidence of commonwelath witness |
| 09/05/2012 | 117 | David Courage's false accusations |
| 09/05/2012 | 118 | Deft files memorandum supporting the defendant's motion in limine to |
| 09/05/2012 | 118 | preclude the commonwealth from introducing recorded calls from the |
| 09/05/2012 | 118 | house of corrections |
| 09/05/2012 | 119 | MOTION by Deft: in limine to exclude evidence of alleged gang |
| 09/05/2012 | 119 | membership |
| 09/05/2012 | 120 | MOTION by Deft: in limine to preclude commonwealth from calling |
| 09/05/2012 | 120 | Michael O'Neill at trial |
| 09/05/2012 | 121 | Deft files propose jury voir dire |
| 09/05/2012 | 122 | MOTION by Deft: in limine to preclude the commonwealth from |
| 09/05/2012 | 122 | introducing recorded calls from the house of corrections |

| | | |
|---|---|---|
| 09/07/2012 | | MOTION by Deft: in limine to preclude the commonwealth from |
| 09/07/2012 | | introducing letters reportedly seized during search warrant |
| 09/07/2012 | | executions : No action at this time (Chin,J) |
| 09/07/2012 | | MOTION by Deft: in limine to admit evidence of commonwealth witness |
| 09/07/2012 | | David Courage's specific bad acts : Allowed in part and denied in |
| 09/07/2012 | | part (Chin,J) (see #115) |
| 09/07/2012 | | MOTION by Deft: in limine to admit evidence of commonwelath witness |
| 09/07/2012 | | David Courage's false accusations ; allowed in part denied in part |
| 09/07/2012 | | (Chin,J) (see #117) |
| 09/07/2012 | | MOTION by Deft: in limine to exclude evidence of alleged gang |
| 09/07/2012 | | membership : Allowed (Chin,J) (see #119) |
| 09/07/2012 | | MOTION by Deft: in limine to preclude commonwealth from calling |
| 09/07/2012 | | Michael O'Neill at trial : Denied (Chin,J) (See 120) |
| 09/07/2012 | | Deft files propose jury voir dire : ALlowed (Chin,J) (see #121) |
| 09/07/2012 | 123 | MOTION by Deft:to subpoena a relative of a listed witness; filed and |
| 09/07/2012 | 123 | denied (Chin,J) |
| 09/07/2012 | 124 | MOTION by Deft: in limine to preclude the Commonwealth from |
| 09/07/2012 | 124 | introducing photographs of teh deceased; filed no action at this time |
| 09/07/2012 | 124 | parties to agree (Chin,J) |
| 09/07/2012 | 125 | MOTION by Deft: to advise commonwealth witnesses of their right |
| 09/07/2012 | 125 | against self- incrimination; filed and denied after hearing (Chin,J) |
| 09/07/2012 | 126 | Commonwealth files proposed statements of facts to be read to teh |
| 09/07/2012 | 126 | jury during impanelment |
| 09/07/2012 | 127 | MOTION by Commonwealth: motion to reconsider exclusion of defendants |
| 09/07/2012 | 127 | recorded statements to witness Michael Alfano |
| 09/10/2012 | | Jury impanelment begins (Chin,J) B. StCharles, court reporter |
| 09/11/2012 | | Jury impanelment continues (Chin,J) B. Charles, court reporter |
| 09/12/2012 | | Jury impanelment continues (Chin,J) B.StCharles, court reporter |
| 09/13/2012 | 128 | Jury of 16 members impaneled |
| 09/13/2012 | 129 | MOTION by Deft: for discovery in writing of the commonwealth's |
| 09/13/2012 | 129 | intention regarding the prosecution of certain commonwealth witnesses |
| 09/13/2012 | 129 | and what promises have been made to those witnesses; filed and |
| 09/13/2012 | 129 | allowed in so far as commonwealth agrees that it has an obligation to |
| 09/13/2012 | 129 | disclose promises, rewards or inducements otherwise denied (Chin,J) |
| 09/13/2012 | 130 | Habeas corpus for witness Ryan Boise at Bristol HOC to appear in |
| 09/13/2012 | 130 | Brockton on 9/14/12 |
| 09/13/2012 | 131 | Habeas corpus for witness Ryan Boise at BMCI Souza Baranowski to |
| 09/13/2012 | 131 | appear in Brockton on 9/14/12 |
| 09/14/2012 | | Trial continued before Chin,J and jury (Chin,J) B. StCharles, court |
| 09/14/2012 | | reporter |
| 09/14/2012 | 132 | Habeas corpus for witness Ryan Boise at Bristol HOC to appear in |
| 09/14/2012 | 132 | Brockton on 9/17/12 |
| 09/14/2012 | 133 | Habeas corpus for witness Ryan Boise at MCI Souza Baranowski to |
| 09/14/2012 | 133 | appear in Brockton on 9/17/12 |

| Date | No. | Description |
|---|---|---|
| 09/17/2012 | 134 | MOTION by Deft: in limine to exclude evidence of the defendant's |
| 09/17/2012 | 134 | alleged statements |
| 09/17/2012 | 135 | Deft files opposition to a competency to testify exam |
| 09/17/2012 | 136 | Commonwealth files opposition to witness Ryan Bois petition regarding |
| 09/17/2012 | 136 | his claim of privilege against self-incrimination |
| 09/17/2012 | | Trial continues before Chin,J and jury |
| 09/17/2012 | 137 | Commonwealth files memorandum in support of Ryan Bois assertion of |
| 09/17/2012 | 137 | his privilege against self-incrimination (Chin,J) B. StCharls, court |
| 09/17/2012 | 137 | reporter |
| 09/17/2012 | 137 | Habeas corpus for witness R. Bois at MCI Souza Baranowski to appear |
| 09/17/2012 | 137 | in Brockton on 9/18/12 |
| 09/18/2012 | | Trial continues before Chin,J and jury |
| 09/18/2012 | | After hearing Chin, J orders witness , Bois examined by Court |
| 09/18/2012 | | clinician. (Chin,J) |
| 09/18/2012 | | After hearing Chin.J orders examination stayed until SJC issues |
| 09/18/2012 | | ruling on witness' appeal of examination (Chin,J) B.StCharles, court |
| 09/18/2012 | | reporter |
| 09/19/2012 | 138 | MOTION by Deft for a Frank's hearing ; filed and denied (Chin,j) |
| 09/19/2012 | 139 | MOTION by Deft: for preliminary instruction before introduction of |
| 09/19/2012 | 139 | hearsay |
| 09/19/2012 | | Trial continues before Chin,J and jury |
| 09/19/2012 | 140 | Deft files proposed jury instruction |
| 09/19/2012 | | SJC remands issue of 5th amendment of R. Boise , after hearing teh |
| 09/19/2012 | | Court rule that there is no 5th amendment privilege (Chin,J) |
| 09/19/2012 | | Witness, Alex Barber- Gossi ordered to recognize personally in the |
| 09/19/2012 | | sum of $100.00 for his appearance on 9/21/12; did so recognize |
| 09/19/2012 | | (Chin,J) B. StCharles court reporter |
| 09/20/2012 | | Trial continues before Chin,J and jury. |
| 09/20/2012 | | After hearing, witness Bois refuses to testify the Court, Chin,J |
| 09/20/2012 | | holds R. Bois in civil contempt (Chin,J) |
| 09/20/2012 | | $500.00 civil contempt fine imposed for witness R. Bois (Chin,J) |
| 09/20/2012 | 141 | MOTION by Deft: for funds for witnes travel costs; filed and allowed |
| 09/20/2012 | 141 | (Chin,J) B.StCharles, court reporter |
| 09/20/2012 | 142 | MOTION by Deft: in limine to preclude the commonwealth from arguing |
| 09/20/2012 | 142 | certain statements of Eric Snow as admissions of James Winquist |
| 09/20/2012 | 143 | Habeas corpus for witness Ryan Bois at MCI Souza Baranowski to appear |
| 09/20/2012 | 143 | in Brockton on 9/21/12 |
| 09/21/2012 | | Trial continues befpre Chin,J and jury |
| 09/21/2012 | 144 | Defendant's motion for a required finding of not guilty at the close |
| 09/21/2012 | 144 | of the commonwealth's case in chief; filed and denied (Chin,j) |
| 09/21/2012 | 145 | Defendant's motion for a required finding of not guilty at the close |
| 09/21/2012 | 145 | of all the evidence; filed and denied (Chin,J) B. StCharles, court |
| 09/21/2012 | 145 | reporter |
| 09/21/2012 | 146 | Witness Ryan Bois' notice of appeal filed |

| Date | No. | Entry |
|---|---|---|
| 09/24/2012 | | Trial continues before Chin,J and jury (Chin,J) B. StCharles, court |
| 09/24/2012 | | reporter |
| 09/24/2012 | 146 | ORDER of contempt as to Ryan Bois |
| 09/25/2012 | | Trial continues before Chin,J and jury |
| 09/25/2012 | 147 | RE Offense 1:Guilty verdict (lesser offense) Murder- 2nd degree |
| 09/25/2012 | 147 | C.265,s1 |
| 09/25/2012 | 148 | RE Offense 2:Guilty verdict (lesser offense) Murder-2nd degree C265,s1 |
| 09/25/2012 | | Defendant sentenced to Offense # 001 & 002: Life MCI Cedar Junction , |
| 09/25/2012 | | to be served concurrent with each other (Chin,J) |
| 09/25/2012 | | Victim-witness fee assessed: $90. 00 (Chin,J) |
| 09/25/2012 | 150 | Notified of right of appeal under Rule 65 |
| 09/25/2012 | 151 | RE Offense # 001 &002: Warrant for commitment with assessment |
| 09/25/2012 | 151 | (Chin,J) B. StCharles, court reporter |
| 09/27/2012 | 152 | Court Reporter St. Charles, Barbara is hereby notified to prepare one |
| 09/27/2012 | 152 | copy of the transcript of the evidence of September 5 through 25, 2012 |
| 09/28/2012 | 153 | Court Reporter Johnson, Caryn is hereby notified to prepare one copy |
| 09/28/2012 | 153 | of the transcript of the evidence of 07/09/2010 |
| 09/28/2012 | 154 | Court Reporter Russo, John is hereby notified to prepare one copy of |
| 09/28/2012 | 154 | the transcript of the evidence of 07/16/2010 |
| 09/28/2012 | 155 | Court Reporter Gagnon, Nicole is hereby notified to prepare one copy |
| 09/28/2012 | 155 | of the transcript of the evidence of 11/04/2010 |
| 09/28/2012 | 156 | Court Reporter Russo, John is hereby notified to prepare one copy of |
| 09/28/2012 | 156 | the transcript of the evidence of 03/04/2011 |
| 09/28/2012 | 157 | Notice to Justice DA and defense cousel of witness R. Bois notice of |
| 09/28/2012 | 157 | appeal from contempt of court |
| 09/28/2012 | 158 | Attorney Krowski's motion to withdraw and for appointment of counsel |
| 09/28/2012 | 159 | NOTICE of APPEAL FILED by James S Winquist |
| 09/28/2012 | 160 | Appearance of Atty: Dennis A Shedd for witness R. Bois |
| 09/28/2012 | 156 | Court Reporter St. Charles, Barbara is hereby notified to prepare one |
| 09/28/2012 | 156 | copy of the transcript of the evidence of September 17,18,19,& 20, |
| 09/28/2012 | 156 | 2012 |
| 09/30/2012 | | Transcript of testimony received 1 volumes from Transcript of |
| 09/30/2012 | | proceedings from Court Reporter Johnson, Caryn |
| 10/09/2012 | 161 | Witness Ryan Bois' motion to waive, reduce or stay fine |
| 10/10/2012 | | Transcript of testimony received 5 volumes from Transcript of |
| 10/10/2012 | | proceedings from Court Reporter St. Charles, Barbara |
| 10/15/2012 | 162 | ORDER(SJC)RE; Ryan Boise: Judgement: It is ordered that the petition |
| 10/15/2012 | 162 | be and the same hereby is, denied without hearing ent: 10/12/12 |
| 10/16/2012 | 163 | $90.00 Victim-witness fee paid as assessed |
| 10/16/2012 | 164 | ORDER(SJC) Judgement RE; witness Ryan Boise: denying relief under |
| 10/16/2012 | 164 | C.211 s3 without a hearing ent: 10/12/12 |
| 10/16/2012 | 165 | Defendant's pro-se motion for discovery and production of |
| 10/16/2012 | 165 | discoverable information |
| 10/18/2012 | 166 | Notice to Justice, DA and defense counsel of defendant's notice of |

| | | |
|---|---|---|
| 10/18/2012 | 166 | appeal |
| 10/18/2012 | 167 | Notice to Justice DA and defense counsel of witness Ryan Bois' notice |
| 10/18/2012 | 167 | of appeal from fine |
| 10/18/2012 | | Defendant's pro-se motion for discovery and production of |
| 10/18/2012 | | discoverable information ; Denied (Chin,J) |
| 10/18/2012 | | Witness Ryan Bois' motion to waive, reduce or stay fine ; Denied |
| 10/18/2012 | | (Chin,J) |
| 10/18/2012 | | Attorney Krowski's motion to withdraw and for appointment of counsel |
| 10/18/2012 | | : Allowed (Chin,j) |
| 10/18/2012 | 168 | Committee for Public Counsel Services appointed, pursuant to Rule 53 |
| 10/18/2012 | 168 | (Chin,J) |
| 11/19/2012 | 168 | Notice of assignment of counsel (CPCS) |
| 11/20/2012 | 169 | Court Reporter Gagnon, Nicole is hereby notified to prepare one copy |
| 11/20/2012 | 169 | of the transcript of the evidence of 03/10/2009, 3/11/09 & 4/30/09 |
| 11/23/2012 | 170 | Appearance of Deft's Atty: David Keighley |
| 11/23/2012 | | Transcript of testimony received 1volumes from Transcript of |
| 11/23/2012 | | proceedings from Court Reporter Gagnon, Nicole |
| 12/03/2012 | 171 | Letter issued to DOC authorizing 1676 days credit |
| 12/10/2012 | | Transcript of testimony received 2 volumes from Transcript of |
| 12/10/2012 | | proceedings from Court Reporter Gagnon, Nicole |
| 12/19/2012 | | Transcript of testimony received 1 volumes from Transcript of |
| 12/19/2012 | | proceedings from Court Reporter Gagnon, Nicole |
| 01/02/2013 | | Transcript of testimony received 2 volumes from Transcript of |
| 01/02/2013 | | proceedings from Court Reporter Russo, John |
| 02/11/2013 | | Transcript of testimony received 7 volumes from Transcript of |
| 02/11/2013 | | proceedings from Court Reporter St. Charles, Barbara |
| 02/20/2013 | 172 | Notice of assembly of record; mailed to Appeals Court per Rule 9(d) |
| 02/20/2013 | 173 | Notice of completion of assembly of record sent to clerk of Appeals |
| 02/20/2013 | 173 | Court and attorneys for the Commonwealth and defendant. |
| 03/04/2013 | 174 | Notice of Entry of appeal received from the Appeals Court |
| 06/05/2013 | 175 | Notice of assignment of counsel (CPCS) |
| 09/23/2013 | 176 | Two (2) certified copies of docket entries, original and copy of |
| 09/23/2013 | 176 | transcript, two (2) copies of exhibit list and list of documents, and |
| 09/23/2013 | 176 | copy of the notice of appeal, each transmitted to clerk of appellate |
| 09/23/2013 | 176 | court. |
| 09/23/2013 | 177 | Notice of completion of assembly of record sent to clerk of Appeals |
| 09/23/2013 | 177 | Court and attorneys for the Commonwealth and defendant. |
| 09/30/2013 | 178 | Appearance of Deft's Atty: Leslie W O'Brien |
| 09/30/2013 | 179 | Notice of assignment of counsel (CPCS) |
| 10/07/2013 | 180 | Notice of Entry of appeal received from the Appeals Court |
| 02/26/2014 | 181 | ORDER(APPEALS COURT): Judgement of contempt as to Ryan Bois vacated |
| 02/26/2014 | 181 | ent: 1/27/14 |

## Charges

2 Charges for Docket: PLCR2007-00531

| No. | Charge Description: | Indictment: | Status: |
|-----|---------------------|-------------|---------|
| 1 | MURDER c265 s1 | | Guilty verdict (lesser offense) |
| 2 | MURDER c265 s1 | | Guilty verdict (lesser offense) |

© Copyright, Massachusetts Administrative Office of the Trial Court, 2000 - 2001.