# Exhibit 16

Message

| | |
|---|---|
| From: | Salvatore, Kendra (PLY) [/o=Commonwealth of Massachusetts/ou=MassMail-01/cn=Recipients/cn=Users/cn=ksalvatore] |
| on behalf of | Salvatore, Kendra (PLY) |
| Sent: | 1/4/2012 8:19:25 PM |
| To: | Bradley, John E. (PLY) [John.E.Bradley@MassMail.State.MA.US] |
| Subject: | RE: Almost Forgot |

Sorry John

**From:** Bradley, John E. (PLY)
**Sent:** Wednesday, January 04, 2012 2:52 PM
**To:** Salvatore, Kendra (PLY)
**Subject:** Almost Forgot

Could you tell DA that I've already given myself a congratulatory pat on the back for the Caswell conviction; so he need not expend extra energy by offering any kind words! I know how busy and important he is…