# EXHIBIT 17A

# MINTZ LEVIN

Bret A. Cohen | 617-348-3082 | brcohen@mintz.com

One Financial Center
Boston, MA 02111
617-542-6000
617-542-2241 fax
www.mintz.com

July 1, 2013

<u>VIA EMAIL AND HAND DELIVERY</u>

Barbara A. Robb, Esquire
Shilepsky Hartley Robb Casey Michon LLP
155 Seaport Boulevard, 11th Floor
Boston, MA 02210-2698

Re:   John Bradley, Jr.

Dear Barbara,

We write on behalf of our client, Timothy J. Cruz, the Plymouth County District Attorney, with respect to potential claims threatened by your client John Bradley, Jr. concerning his termination from the Plymouth County District Attorney's Office. Please allow us to be perfectly clear -- this is *not* an inadmissible settlement communication.

First, we thoroughly dispute the claims threatened by Mr. Bradley in your March 13, 2013 letter. Our investigation into District Attorney Cruz's actions with respect to Mr. Bradley indicates that District Attorney Cruz did absolutely nothing wrong and has at all times acted in conformance with the law.

That said, District Attorney Cruz believes he has the ability to assist in placing Mr. Bradley in another District Attorney's office within the Commonwealth. By this letter, District Attorney Cruz is offering Mr. Bradley this assistance. Not only would this effort assist Mr. Bradley in continuing with his work as an Assistant District Attorney, it would give him an opportunity to complete his 20 year service-time with the Commonwealth, thereby allowing his pension to vest. District Attorney Cruz makes this offer in good faith and not as a settlement proposal.

Our client, however, will not undertake this effort without Mr. Bradley's authorization, particularly given his objection to such assistance when offered at the time of his termination. If Mr. Bradley chooses to decline District Attorney Cruz's offer to assist in placing him in another District Attorney's office and Mr. Bradley subsequently decides to file suit against District Attorney Cruz, we will use this refusal as evidence in the litigation.

Please let me know in writing by 5pm on July 12 whether Mr. Bradley will authorize District Attorney Cruz to assist in placing him in another District Attorney's office. If we do not hear from you by then, we will assume that Mr. Bradley has refused this offer.

Thank you for your attention to this matter.

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

BOSTON | LONDON | LOS ANGELES | NEW YORK | SAN DIEGO | SAN FRANCISCO | STAMFORD | WASHINGTON



EXHIBIT
20 Bradley
7/22/15 coo

BRADLEY00895

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

Barbara A. Robb, Esquire
July 1, 2013
Page 2

Very truly yours,

Bret A. Cohen

cc:    Brian J. MacDonough, Esq.
       Robert O. Sheridan, Esq.

19373\9129.1

BRADLEY00896

that we will assume that John does not wish to have Tim's help finding work in another Massachusetts DA's office and we will let this part of this matter drop..

I hope that all is otherwise well.

Bret

Bret A. Cohen | Member
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center | Boston, MA 02111
Direct: (617) 348-3080 | Mobile: (617) 372-1273 | Fax: (617) 542-2241
E-mail: BCohen@mintz.com
Web: www.mintz.com

# MINTZ LEVIN
Mintz Levin Cohn Ferris Glovsky and Popeo PC

From: Beth A. Devlin [mailto:bdevlin@shilepsky.com]
Sent: Wednesday, August 21, 2013 2:07 PM
To: Cohen, Bret
Cc: Inohb@shilepsky.com; bmcdonough@shilepsky.com; Sheridan, Robert
Subject: John Bradley, Jr.

Mr. Cohen --

Please see the attached.

Thank you.

Elizabeth A. Devlin, Legal Secretary
Shilepsky Hartley Robb Casey Michon LLP
155 Seaport Boulevard, 11th Floor
Boston, MA 02210-2698
Direct line: 617-447-2817
Fax: 617-447-2800
www.shilepsky.com

IRS CIRCULAR 230 Notice: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This electronic message contains information from a law office, which communication is strictly confidential and intended solely for the use of the addressee. The communication may be privileged under the attorney-client and/or the attorney work product privileges. Any non-addressee is prohibited from reading, disseminating, distributing, or copying this communication contained herein. If you are in possession of this communication in error, please immediately notify the sender via electronic mail, excluding the original communication. Thank you.

2

BRADLEY00094

IRS CIRCULAR 230 NOTICE:

To comply with IRS requirements, we inform you that any U.S. tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax penalties or promoting, marketing or recommending to another party.

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any statements to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering this material to the intended recipient, be advised you have received this communication in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify Mintz, Levin, Cohn, Ferris, Glovsky and Popeo immediately at either (617) 542-6000 or at _____, and destroy all copies of this message and any attachments. You will be reimbursed for reasonable costs incurred in notifying us.

3

BRADLEY00095