# EXHIBIT 17B

EXHIBIT
21 BRADLEY
9/23/15 [illegible]
PENGAD 800-631-6989

From: Cohen, Bret [mailto:BCohen@mintz.com]
Sent: Monday, August 26, 2013 6:19 PM
To: Barbara Robb
Cc: Brian MacDonough; Sheridan, Robert; Beth A. Deally
Subject: RE: John Bradley, Jr. and the Plymouth County DA's Office

*This is not an inadmissible settlement communication.*

Hi Barbara and, again, welcome back from vacation. In response to your August 21, 2013 letter, please be advised as follows:

We have offered several times in writing to have our client assist your client in securing a position at another DA's office. We see no value in characterizing our efforts or characterizing the responses we have received from your office about our client's offer of assistance. We have, however, reached our limit with respect to the back and forth on this subject matter.

If your client wants Tim's good faith efforts to help him get re-employed with another DA's office, that's great and Tim promises (again) to do what he can and will of course act in good faith in his efforts. If your client does not want Tim's help now, then that is your client's choice as well. We can live with either path. Please let us know whether John would like this help by close of business Friday. If we get anything but a timely, clear "Yes, he would like Tim's help securing new employment at another DA's office" [illegible] we would like

:

BRADLEY00093