# Exhibit 19

Page 1


Donatelle Exhibit I Date: 11-3-15 Reporter: Susan A. Romano

"A"-1

W1

Small group of Dissenters led by JB
Group of "malcontents and malingerers"
Emboldened and encouraged by JB



They don't like that FM won't break down cases
General griping that the office wasn't breaking down cases
    Claim that when they come with a decent disposition it is rejected

They have a problem with State Police and SW specifically. They claim:
    Troopers make the call and run things through without proper oversight
    Troopers are pushing the ball on the investigations,
    Complaint about no support when there is a problem between ADA and Trooper
    (NO ONE has come to FM to complain about SP)
    Present the ultra work of investigations
Group thinks Dysfunctional office because JB and FM don't talk
    They discuss it "obsessively" and believe that:
    It is tied in to MO
    FM gave him bad cases and froze them both out
    JB does not have cases because of FM

All of these issues are constantly discussed in the "backroom". Widely known that:
    JB does not like the way that "FM" runs the office
    JB went in to complain to Tim some months back
    JB disagrees with not breaking down cases and raised it with Tim
    Tim just said thanks for the information

All of these issues are constantly leaked to people outside the office

JB is constantly encouraging group to go to complain to Tim

Recent example
    Known in office that LA went in to see MH about an issue with a trooper and a short time later that day JB went to LA office and shut the door. Word was that JB was trying to get them to use issue to go to Tim.

Recent conversations about group of 5 (including JB) going in as a follow-up to JB unsuccessful visit to Tim
They approached people days before the Christmas party to join them

Other people in the office are upset about this group and their tactics and wanted to warn FM. W1 does not agree with any of their complaints and is disgusted by their tactics.

CONFIDENTIAL

PLYDA_0004886

A-2

W2

Has been hoping that this would all go away but it has resurfaced and w2 was concerned that they were waiting for FM to be on vacation in NH to go to Tim behind his back

W2 Knew that JB went in to meet with Tim and complain about FM
JB has been trying to rally people for months
JB has been speaking to KO for months on these issues:
- CPAC too much control of investigations
- Not breaking down cases
- Case loads too high

From JB people inside and outside of office think:
- JB does not have cases because Fm won't give him any
- MO did not have cases because FM would not give him any

JB meets regularly with PD
- PD had direct line to JB and cases are broken down too much
- JB rolls over for PD
- PD stirs the pot regularly (tells them caseloads too high etc) this emboldens them
- KO and DH have gone over to meet with PD
- Show no loyalty to our office

Recently
LA went in to MH to complain about CPAC. Next day FM called LA to discuss the same issue. (When FM spoke to LA about this issue it was because FM heard it from another source. Lew never mentioned his visit to MH and denied any problems) The "malcontents" assumed that MH had told FM and were upset that by going to MH Lew had "messed up their plan" and "leaked" an issue that they wanted to be part of their complaint to Tim. This gave FM an opportunity to address it.

W2 feels that they are undermining Tim politically outside the office.
- Constantly shooting their mouth off outside of the office
- W2 heard DH state "I am about to lose a trial because I could not break it down"

W2 has told them repeatedly that W2 does not agree with them and wants no part of this.
W2 will not go eat lunch out back because of this
W2 has asked what they hope to accomplish -- there has never been plea bargaining in this office - no answer from them
W2 has asked what they expect- to reassign their cases to others?
W2 explained to them that at the end of the day these are Tim's policies and that FM is just carrying them out, things are much better under Tim and FM

CONFIDENTIAL

PLYDA_0004887



W2 has no issues with State Police and disagrees completely with this group.
W2 has been very upset about this and thinks that FM is being treated unfairly, that he makes the tough calls and does a great job

Outside of this group of malcontents, no one else likes what they are doing

W2 feels that JB has his own agenda and it using them and these issues to get them to go to Tim

JB and KO made a purposeful determination to do nothing for Tim because they don't like how the office is run. Everyone knew that JB did not help and it sent a strong message to the staff. This undermined Tim during a critical period.

PD is glad that Russ is back because the district court staff does not know what they are doing. W2 thought this was inconsistent of PD since he dumps so many cases.

W2 said there were no examples of them going to FM and not being supported. W2 does not think that they have raised any of this with FM. Also, no examples on the plea bargaining. That is why they were upset about LA, they need examples.

W3

JB is constantly trying to undermine FM and the office policies.
JB does not like the state police
His issues with FM stem from MO
    MO did not get cases because FM won't give him any
    FM will not give JB cases
    FM drove MO out of the office

Some people from this group want to go to him because JB is "accessible" (will break down their cases)

The District Court staff does not know what they are doing and judges have complained

PD is too involved in the working of this office

It is well know that JB and KO sat out purposefully. This did not send a positive message to the rest of the staff.

*[Handwritten: Big a deal - maybe I should have. Didn't know @ all of it.]*

CONFIDENTIAL

PLYDA_0004888