# Exhibit 20

## Middleton, Bridget (PLY)

| | |
|---|---|
| From: | Middleton, Bridget (PLY) |
| Sent: | Tuesday, December 14, 2010 11:03 AM |
| To: | Thompson, Robert (PLY) |
| Subject: | legislation |

Rob

Tim would like to propose legislation that would
1) Give the commonwealth the right to a jury trial in every criminal case (like the recent change to the SDP law) and
2) Provide for judges going on the ballot after 8 years (similar to a California provision)
3) get rid of the statute of limitations for manslaughter

The deadline to file is at the end of January so if you could get a draft back to me ASAP that would be helpful. I am around if you want to talk.

Bridget Norton Middleton
Assistant District Attorney
Plymouth County
(508)584-8120