

Deval L. Patrick
Governor

Timothy P. Murray
Lieutenant Governor

The Commonwealth of Massachusetts
Witness Protection Board
Executive Office of Public Safety and Security
One Ashburton Place, Room 2133
Boston, Massachusetts 02108
Tel: (617) 727-7775
TTY Tel: (617) 727-6618
Fax: (617) 727-4764
www.mass.gov/eops

Kevin M. Burke
Secretary

# MEMORANDUM OF UNDERSTANDING *Plymouth County DA's Office*

This Memorandum of Understanding sets forth the agreement between the Office of _____ (hereinafter, the prosecuting officer), and ███████████ (hereinafter, the witness). This witness is a person whose participation in an ongoing investigation or prosecution places him or her in danger. The Memorandum of Understanding sets forth the responsibilities the witness must agree to undertake in order to be eligible for witness protection services. The Memorandum of Understanding also sets forth the responsibilities the prosecuting officer agrees to undertake on behalf of the witness, should the petition for witness protection services be approved by the Witness Protection Board.

The witness specifically agrees to the following (witness shall initial each section):

- The witness must cooperate fully with the prosecuting officer and with any state or federal law enforcement officials working with the prosecuting officer. The witness must provide complete and truthful information to the prosecuting officer and law enforcement officials. If his or her testimony is requested, the witness must testify completely and truthfully before any grand jury, at any hearing, and at any trial. Upon request, the witness must furnish all evidence in his possession, custody, or control that is relevant to the prosecuting officer's inquiries.
- The witness must refrain from committing any crime.
- The witness must take all precautions necessary to keep others from learning that he or she is receiving witness protection services.
- The witness must cooperate with all requests by the prosecuting officer and law enforcement officials who are working to ensure his or her safety, *as made & approved by counsel.*
- The witness must provide a sworn statement of all of his or her outstanding legal obligations, including obligations concerning child custody, visitation and support, as well as any probation or parole conditions, obligations or responsibilities, and promise to comply with any court orders, legal obligations, or civil judgments.
- The witness designates the following person to act as his or her agent for the service of process: ███████████.
- The witness must keep in regular contact with the prosecuting officer and other law enforcement officials who are working to keep the witness safe.
- The witness understands that the Witness Protection Board may decline, in whole or in part, a petition for witness protection services filed by the prosecuting officer, even though the witness has agreed to the terms set forth above.

*[handwritten margin note, right side, vertical]: is the formal expression of... agreement to... (talked with) counsel of... (p. with) counsel of*

The prosecuting officer specifically agrees to the following (prosecuting officer shall initial each section):

JB  The prosecuting officer agrees to submit a witness protection petition on your behalf to the Witness Protection Board. If approved, the prosecuting officer may provide any services authorized by the Witness Protection Board.

JB  The prosecuting officer shall provide the witness with the names and telephone numbers of the prosecuting officer or law enforcement personnel assigned to protect the witness from potential danger.

JB  The prosecuting officer shall review with the witness the procedures to be followed if there is a determination that the witness has committed a material breach of the Memorandum of Understanding.

This agreement is the complete and only agreement between the parties with respect to witness protection services. No change, amendment, or other alteration of this agreement shall be effective unless it is set forth in writing and agreed to by both parties.

I acknowledge that I have read this Memorandum of Understanding in its entirety. I hereby acknowledge that this Memorandum of Understanding fully and accurately sets forth my agreement with the witness with respect to witness protection services. I agree to provide those witness protection services approved by the Witness Protection Board.

_____   July 28, 2010
Prosecuting Officer                Date

I acknowledge that I have read this Memorandum of Understanding in its entirety. I hereby acknowledge that the Memorandum of Understanding fully and accurately sets forth my agreement with the prosecuting officer with respect to witness protection services.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   7/28/10
Witness                            Date

If applicable:

_____   _____
Guardian                           Date

If applicable: I certify that this Memorandum of Understanding has been read by my client and that he or she understands its terms.

_____   _____
Attorney for witness               Date



Deval L. Patrick
Governor

Timothy P. Murray
Lieutenant Governor

The Commonwealth of Massachusetts
Witness Protection Board
Executive Office of Public Safety and Security
One Ashburton Place, Room 2133
Boston, Massachusetts 02108
Tel: (617) 727-7775
TTY Tel: (617) 727-6618
Fax: (617) 727-4764
www.mass.gov/eops

Kevin M. Burke
Secretary

## STATEMENT OF LEGAL OBLIGATIONS

I, the undersigned, do hereby certify under the pains and penalties of perjury that, to the best of my ability, the following represents a true, complete, and accurate statement of my outstanding legal obligations, including probation or parole reporting requirements or conditions of release, civil judgments, or court orders concerning child custody, visitation, and support:

(X) ██████████         7-28-10
Witness               Date

If applicable:
_____      _____
Guardian              Date

If applicable:
_____      _____
Attorney for Witness  Date