UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN BRADLEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:13-cv-12927-IT |
| | * | |
| TIMOTHY J. CRUZ et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

April 1, 2016

TALWANI, D.J.

The court sets a hearing on Defendants' Request for Leave to File Forthcoming Motion to Strike (or in the Alternative Impound) Under Seal [#121] for Monday April 4, 2016 at 2:30 p.m. The hearing will be limited to the issue of sealing or disclosing in the summary judgment record information regarding confidential witnesses and informants. Defendants' (Sealed) Motion to Strike (or in the Alternative Impound) [#120] will not be addressed at the hearing.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge