UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN BRADLEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:13-cv-12927-IT |
| | * | |
| TIMOTHY J. CRUZ et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

April 7, 2016

TALWANI, D.J.

As set forth at the April 4, 2016 hearing on Defendants' <u>Motion for Leave to File Forthcoming Motion to Strike (Or in the Alternative Impound) Under Seal</u> [#121], no later than April 8, 2016, Defendants shall serve on Plaintiff a revised Local Rule 56.1 statement in support of their <u>Motion for Summary Judgment</u> [#114]. No later than April 15, 2016, Plaintiff shall serve on Defendants a draft Local Rule 56.1 statement in opposition to Defendants' revised statement. If Plaintiff's draft Local Rule 56.1 statement contains material regarding confidential informants or cooperating witnesses that Defendants contend should not be on the public docket under the applicable standards, Defendants may file under seal their motion to strike (or in the alternative impound) no later than April 22, 2016. If Defendants file such a motion, it will be referred to the Magistrate Judge assigned to this action. If Defendants do not file such a motion, Plaintiff shall file his opposition to Defendants' motion for summary judgment in accordance

2

with the court's forthcoming order on Defendant's <u>Motion to Strike (or in the Alternative Impound)</u> [#120].

       IT IS SO ORDERED.

Date: April 7, 2016                                                                                   /s/ Indira Talwani
                                                                                              United States District Judge