UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN BRADLEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:13-cv-12927-IT |
| | * | |
| TIMOTHY J. CRUZ et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

May 12, 2016

TALWANI, D.J.

In accordance with this court's Order [#142] of May 2, 2016, Plaintiff John Bradley may include in his forthcoming Local Rule 56.1 statement of material facts in opposition to Defendants' motion for summary judgment the following statements: (1) "very serious allegations were brought to Cruz's attention"; (2) "these very serious allegations concerned an employee who strongly supported Cruz"; and (3) "the employee was not investigated or questioned about the matter for seven to eight months after Cruz learned of the allegations." Based on Defendants' response, these facts will be accepted as undisputed solely and exclusively for the purposes of summary judgment. Bradley's summary judgment opposition and Defendants' reply shall not include any further detail or evidence regarding this incident.

In accordance with the Magistrate Judge's Order [#146] of May 10, 2016, Bradley may also file the "Unfiled Bradley Affidavit" with paragraphs 10-12 redacted, paragraph 13 stricken, paragraphs 14-16 redacted, paragraphs 17-18 stricken, paragraph 20 redacted, paragraph 21 stricken, and paragraphs 22-29 redacted. The court will determine at a later date if any review of

the redacted material is necessary, and if so, how to proceed.

Bradley shall file his opposition to Defendants' motion for summary judgment no later than fourteen days from the date of this order.

In light of the foregoing, Defendants' Motion to Strike (or in the Alternative Impound) Certain Paragraphs of Plaintiff's L.R. 56.1 Omnibus Filing Asserting Disagreements with Defendants' Alleged Agreed Upon Facts and Asserting Additional Facts Subject to Proof by Competent Evidence [#120] is ALLOWED IN PART as set forth herein.

The court further directs the clerk to unseal the court's Order [#142] of May 2, 2016 and the Magistrate Judge's Order [#146] of May 10, 2016.

IT IS SO ORDERED.

Date: May 12, 2016 /s/ Indira Talwani
United States District Judge