# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN BRADLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIMOTHY J. CRUZ (Individually), )<br>MICHAEL HORAN (Individually), )<br>FRANK J. MIDDLETON (Individually), )<br> And OFFICE OF THE DISTRICT )<br>ATTORNEY FOR PLYMOUTH )<br> COUNTY, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:13-cv-12927- IT |

### PLAINTIFF'S ASSENTED TO MOTION FOR EXTENSION OF TIME TO SUBMIT OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

The Plaintiff, John Bradley, respectfully requests this Honorable Court for a brief extension of time for which to file his opposition to summary judgment from May 26, 2016 to May 31, 2016.  As reason therefore, Plaintiff states that due to his schedule, undersigned counsel will require some additional time to complete his opposition to summary judgment.  Plaintiff further states that because the due date falls on a Thursday before the long holiday weekend, the extension would effectively only extend the deadline two business days.  Finally, Defendants assent to this brief extension so long as it does not diminish their time to file a reply. Thus, neither party will be prejudiced as a result of an extension.

WHEREFORE: The Plaintiff respectfully requests that this Honorable Court extend the time for which to file an opposition to Defendant's Motion for Summary Judgment from May, 26, 2016 to May 31, 2016.

RESPECTFULLY SUBMITTED:
PLAINTIFF

John Bradley
By and through his attorneys,

*/s/ Robert S. Sinsheimer*_____
Robert S. Sinsheimer, BBO# 464940
Wesley B. Stoker, BBO# 692159
SINSHEIMER & ASSOCIATES
92 State Street, 9th Floor
Boston, MA 02109
T: (617) 722-9954

Dated: May 19, 2016

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), counsel for Plaintiff certifies that counsel for the parties have conferred and assent to the relief requested by this motion.

*/s/ Wesley B. Stoker*
Wesley B. Stoker

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of this document by electronic filing, on May 19, 2016, to all parties that participate in the ECF system and by first class mail to all parties not listed on the ECF system.

*/s/ Wesley B. Stoker*
Wesley B. Stoker