# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN BRADLEY,
      Plaintiff,

    VS.                           Civil Action No.

TIMOTHY J. CRUZ (Individually),    1:13-cv-12927

MICHAEL HORAN (Individually),

FRANK J. MIDDLETON (Individually),

and OFFICE OF THE DISTRICT

ATTORNEY FOR PLYMOUTH COUNTY,

      Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

DEPOSITION OF JOHN BRADLEY

March 24, 2015

10:22 a.m.

Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.

One Financial Center

Boston, Massachusetts

Susan A. Romano, RMR, CRR, CSR #119393

Page 177

1  Q. And when did you do this in connection
2  with your termination?
3  A. The day after I was fired.
4  Q. So you were fired on a Friday.
5  A. Yes.
6  Q. Is that right?
7  And on a Saturday you come back into the
8  Plymouth County DA's Office, right?
9  A. Yes.
10 Q. So you're in there on a Saturday, and you
11 still have keys to the office, right?
12 A. Yes. I had asked to clean out my stuff
13 on Monday, and I was told by Mr. Horan that he
14 didn't think that was a good idea. So I said,
15 "Well, when would you like me to do it?" And he
16 suggested I come in over the weekend.
17 Q. Right. And did anybody meet you there,
18 or did you just do --
19 A. No.
20 Q. -- it yourself?
21 A. No.
22 Q. And so who did you tell at the Plymouth
23 County DA's Office that you were not only going to
24 clean out your desk and the like but you're going to

Page 178

1  go into Timothy Cruz's office and search for
2  documents?
3  A. Well, I didn't plan to do it, so I had
4  nobody to tell.
5  Q. All right. When was it that you decided
6  you were going to go looking into Timothy Cruz's
7  office?
8  A. While I was in the process of cleaning
9  out my stuff.
10 Q. And what made you decide to go into
11 somebody else's office and look for information?
12 A. Well, I knew that they were probably in
13 there, those memos were in there, because Mike Horan
14 had told me about them, and he had told me that I
15 was referenced in them. And I was concerned that
16 those memos would be destroyed or not provided in
17 the event that I decided to file a lawsuit.
18      MR. SINSHEIMER: Interestingly
19 enough, we never got them in discovery until two
20 weeks --
21      MR. COHEN: Can we save the dialogue
22 for another time?
23      MR. SINSHEIMER: Sure. I'll even
24 give you an extra two minutes in case you get mad.

Page 179

1  BY MR. COHEN:
2  Q. So when did Mike Horan tell you about
3  these memos?
4  A. Sometime in, I'd say, the spring or
5  summer of 2012.
6  Q. And what did Mr. Horan tell you about
7  these memos?
8  A. He told me that they -- the Middletons
9  had written these memorandums in response to
10 Ms. O'Sullivan's written complaint, which was filed
11 at his behest, that they were written to Tim and
12 that they contained references to me in certain
13 portions as well.
14 Q. Did you look in anybody else's offices
15 besides Timothy Cruz for these memos?
16 A. No.
17 Q. Did you look in Frank Middleton's office?
18 A. No. Mike told me that Tim had them.
19 Q. Okay. So other than in Mr. Cruz's
20 office, there's no other office that you looked at
21 for these memos. Is that right?
22 A. That's right.
23 Q. All right. And so tell us what you did,
24 Mr. Bradley, to find the memos. What did you look

Page 180

1  at?
2  A. I just looked in a drawer, and if you
3  were behind his desk, it was a drawer to the
4  right-hand side, and I saw a manila envelope. I
5  opened it up, and there they were.
6  Q. Did you look at anything else?
7  A. No.
8  Q. So you just happened -- the first thing
9  you ended up finding was the manila envelope
10 containing these memos.
11 A. That's right.
12 Q. And then what did you do next?
13 A. I read the first page, and I kind of
14 thumbed through them. There were attachments to
15 them, at least one of them, and I saw my initials on
16 an attachment. And I went out to the copy machine
17 and copied them, and then I put them back.
18 Q. And who did you tell that you took these
19 documents?
20 A. I --
21      MR. SINSHEIMER: Other than counsel.
22 A. I told my wife, and I told
23 Ms. O'Sullivan.
24 Q. And to whom have you provided copies of

| | |
|---|---|
| Page 181 | Page 183 |

Page 181

1  these documents you took from Timothy Cruz's office?
2  A. I just provided -- I kept the copies of
3  the pages that reference me, and I gave them to my
4  attorney, and I gave the memos to Ms. O'Sullivan.
5  Q. Okay. So if I understand the sequence of
6  events, you get fired; you then go the next day to
7  clean out your desk; you decide to search for
8  evidence supporting your case in Mr. Timothy Cruz's
9  office; you then find that information; you then
10  send some of it to Ms. O'Sullivan as well. Is that
11  right?
12  MR. SINSHEIMER: Object to the form
13  of the question.
14  You can answer.
15  A. Yes.
16  Q. By the way, Mr. Bradley, do you think
17  what you did was right?
18  MR. SINSHEIMER: Object to the form
19  of the question.
20  MR. COHEN: Okay.
21  MR. SINSHEIMER: Give me a second.
22  I'm going to let him answer it, but I'm going to
23  preserve not only an objection to the form of the
24  question but any possible privilege, any possible

Page 182

1  relevancy. It's a really interesting question. I
2  think you have a right to the answer.
3  Go ahead, Mr. Bradley.
4  A. No, I don't think it was right, but at
5  the time I was upset about being fired, and I'd say
6  my moral compass was a little bit off.
7  Q. And then -- so then after your immediacy
8  of your moral compass being off, you didn't return
9  the documents to Mr. Cruz, did you?
10  MR. SINSHEIMER: Object to the form
11  of the question. That's not what he said.
12  A. Well, I did return the documents. I kept
13  the copies.
14  Q. I'm sorry. You didn't return the copies
15  of the documents you stole from Mr. Cruz. Is that
16  right?
17  MR. SINSHEIMER: Object to the form
18  of the question. No. No.
19  You're not answering that question.
20  MR. COHEN: Why?
21  MR. SINSHEIMER: Because I already
22  told you we're not using the word "stole."
23  MR. COHEN: It's not up to you to
24  decide what words I use.

Page 183

1  MR. SINSHEIMER: It is. It is
2  because it calls for a confession to a crime. It's
3  a lot of nonsense.
4  MR. COHEN: You can instruct him not
5  to answer.
6  MR. SINSHEIMER: I just did.
7  MR. COHEN: Is he taking the Fifth
8  Amendment?
9  MR. SINSHEIMER: No, he's not taking
10  the Fifth Amendment. You're going to ask a
11  different question.
12  MR. COHEN: I'm not going to.
13  MR. SINSHEIMER: Then we're done for
14  the day. It's 4:15.
15  MR. COHEN: I want my question
16  answered.
17  Could you repeat it back.
18  THE DEPONENT: Yeah. Could you
19  repeat it back.
20  (Record read.)
21  A. I didn't return the copies.
22  MR. SINSHEIMER: He didn't -- well, I
23  object to the form of the question. Fine. We're
24  all set for today. Nice place for you to ask, but

Page 184

1  there's no jury here.
2  MR. COHEN: We're going to suspend
3  and find another mutual date to finish up this
4  lovely exchange.
5  MR. SINSHEIMER: It would be perfect
6  if there was a jury here.
7  (Deposition of JOHN BRADLEY suspended
8  at 3:44 p.m.)