# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN BRADLEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TIMOTHY J. CRUZ (Individually),<br>MICHAEL HORAN (Individually),<br>FRANK J. MIDDLETON (Individually),<br>AND OFFICE OF THE DISTRICT<br>ATTORNEY FOR PLYMOUTH<br>COUNTY,<br><br>　　　　Defendants. | Civil Action No. 1:13-cv-12927-IT |

## AFFIDAVIT OF RICHARD LINEHAN

1. My name is Richard Linehan. I am an Assistant District Attorney ("ADA") with the Plymouth County District Attorney's Office ("the Office").

2. I am making this affidavit based on my personal knowledge.

3. I am a resident of Hingham, Massachusetts.

4. I have worked for the Office since March 24, 2003.

5. Prior to working for the Office, I worked as a criminal defense lawyer from 1987-2000.

6. I understand my assigned location during D.A. Cruz's 2010 election year has become an issue in Mr. Bradley's lawsuit.

7. In March of 2010, I was working at the Office as an Assistant District Attorney ("ADA") working as a district court prosecutor in Wareham District Court.

8. In March 2010, in a discussion about the 2010 State Championship for the Hingham Harbormen (a team my son was a part of), Chief Legal Counsel Horan told me he was going to get me to Hingham District Court ("HDC"). I saw this as convenient because then (as is I do now), I lived in Hingham.

9. By May of 2010, I was transferred to HDC.

10. In July of 2010, I was named Supervisor of HDC.

11. I remained in HDC until 2011, when I was promoted to a Superior Court Prosecutor.

12. At no point during my employment at the Office, including the time surrounding D.A. Cruz's November 2010 election, have I felt pressure to contribute (monetarily or otherwise) to D.A. Cruz's campaigns.

Signed under the pains and penalties of perjury, this 13th day of June, 2016

Richard Linehan