UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN BRADLEY, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 1:13-cv-12927-IT |
| TIMOTHY J. CRUZ, et al., | * |
| Defendants. | * |

ORDER OF DISMISSAL

November 7, 2017

TALWANI, D.J.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), this action against Defendants Timothy J. Cruz, Frank J. Middleton and Michael Horan is hereby dismissed with prejudice and with all rights of appeal waived, and without costs, interest, or attorney's fees to any party. This action against the Office of the District Attorney for Plymouth County is dismissed without prejudice in accordance with this court's prior Memorandum and Order [#250].

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge